IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MS. DIANA MEYNART HANZEL AND MR. MICHAEL DAVID SLOWIK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. |
| TURNER BROADCASTING SYS., INC. d/b/a "TBS," a Georgia corporation, CBS BROADCASTING INC., GREGORY T. GARCIA, ALIX JAFFE, And DOES 1-10, inclusive, | ) ) ) ) ) ) ) | Judge Mag. Judge Motion Calendar |
| Defendants. | ) | |

## DECLARATION OF DIANA MEYNART HANZEL

The undersigned, Diana Meynart Hanzel, under oath and intending to be bound, hereby avers, deposes and states as follows:

1.   I am a joint author of the episodic television series entitled "B&B If These Walls Could Talk" (the "Series") comprised of the following literary and audio-visual works: 1) "B&B If These Walls Could Talk" Treatment & Characters (the "Treatment"); 2) "B&B If These Walls Could Talk" Sizzle Real video (the "Sizzle Reel"); and 3) "B&B If These Walls Could Talk" Bible (the "Bible").

2.   I have firsthand knowledge of the facts and statements contained herein.

3.   On June 15th, 2012 Mr. Michael Slowik and I conceived of the concepts, ideas, plots, themes, dialogue, mood, setting, and characters embodied in the Works at September Farms B&B located in Lavalle Wisconsin.

4.   On June 18, 2012, we created a thirty (30) second video "trailer" using film footage recorded at September Farms B&B for use in pitching the series to third parties for assistance in exploiting the Series. That material is incorporated in the Sizzle Reel.

5.   On June 19th, 2012, we registered this work with the WGA West registration number 1589396.

6.   On June 21, 2012, we "pitched" the Series idea to Douglass Bennett at the Don Gerler Agency and were told to produce a "sizzle reel." In February 2014, we contacted Douglas Bennett to let him know about the existence of the sizzle reel. We never received a reply.

7.   On October 1-3, 2013, we rented the Harvey House B&B in Oak Park Illinois for production of the sizzle reel. Michael LaBellarte was hired as producer/director from California and Big Shoulders productions was hired in Chicago to do the production work.

8.  On October 5th, 2013, we published filmed interviews of the main characters in the Series on the Internet web site YouTube at the following URL: https://www.youtube.com/watch?v=LU1S9x03Ixw.

9.  On January 30, 2014, we pitched the idea of the Series to producer Howard Lapides. We sent a copy of the Treatment and the Sizzle Reel to Mr. Lapides via FedEx.

10. On March 4, 2014, we contacted Ian Weintraub at Limelight Media. On April 8, 2014, we sent a copy of the Sizzle Reel to Mr. Weintraub. We never received a reply.

11. From August 1-3, 2014, I attended the "Fade in Magazine Pitch Fest" in Los Angeles, California and pitched the idea to about 10 companies.

12. On November 25, 2015, we contacted Lee Levinson looking for assistance finding a show runner.

13. At some point in December 2015, we shared the Treatment, the Sizzle Reel and created a Series Bible with Mr. Levinson. On June 17, 2016, we ended the relationship with Mr. Levinson because he refused to have third parties sign nondisclosure agreements in connection with disclosure of the Series.

14. I believe that Mr. Levinson shared the idea for the Series, the Treatment and the Sizzle Reel with agents and employees of Defendants through his professional relationships in the television and motion picture industry.

15. I believe that agents and employees of Defendants accessed and viewed the Sizzle Reel which has been publicly available since December 3, 2013.

16. I believe that agents and employees of Defendants had access to the Series from our participation in the "Fade in Magazine Pitch Fest" in Los Angeles, California in 2014.

I have read and understand the foregoing and do hereby swear and affirm under penalty of perjury that the representations contained in this declaration are true. Executed on August 25, 2017.

*Diana Meynart Hanzel*

_____
Diana Meynart Hanzel