# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Diana Meynart-Hanzel et al., | Case No. 1:17-cv-06308 |
| Plaintiffs, | Honorable Judge Harry D. Leinenweber |
| v. | Magistrate Judge Mary M. Rowland |
| Turner Broadcasting System, Inc., et al., | |
| Defendants. | |

**DECLARATION OF GREGORY GARCIA IN SUPPORT OF DEFENDANTS
GREGORY GARCIA AND ALIX JAFFE'S MOTION TO DISMISS
COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(2)**

I, Gregory Garcia, swear and affirm:

1.      I am a resident of Los Angeles, am a citizen of the State of California and am over the age of eighteen years.

2.      This declaration is made upon my personal knowledge. If called upon to testify, I could and would testify competently regarding the matters contained in this declaration.

**My Background**

3.      I am a television writer and producer, and am the creator and writer of the television series *The Guest Book* (the "Series").

4.      I have been a television writer since 1994. I founded the television production company Amigos de Garcia Productions in or around August 1997.  While at the production company, I created and produced such shows as *My Name is Earl*, *Raising Hope*, *The Millers* and *Yes, Dear*. I have resided and worked in California since 1993.

5.     Amigos de Garcia Productions is headquartered in Studio City, California, and is a producer of the *The Guest Book*. The vast majority of Amigos de Garcia Productions' business is performed in Studio City, California. None of its business is performed in Illinois.

6.     All, or virtually all, of my work with respect to the Series has occurred in California, primarily in the Los Angeles area.  None has occurred in Illinois.

**I Do Not Know Either Of The Plaintiffs**

7.     Prior to learning of their lawsuit allegations in September 2017, I had never heard of plaintiffs Diana Meynhart-Hanzel or Michael David Slowik ("Plaintiffs") or their alleged works. I have never spoken with Plaintiffs. I have had no dealings with Plaintiffs whatsoever apart from responding to their lawsuit allegations. The first time I learned of the existence of Plaintiffs' alleged works was from their complaint in this action.

8.     I do not know who Douglas Bennet is, or the Don Gerler Agency, and have never communicated in any manner with either of them.

9.     I do not know who Michael LeBellarte is, or Big Shoulders Productions, and have never communicated in any manner with either of them.

10.     I do not know who Howard Lapides is, and have never communicated in any manner with him.

11.     I do not know who Ian Weintraub is, or Limelight Media, and have never communicated in any manner with either of them.

12.     I do not know who Lee Levinson is, and have never communicated in any manner with him.

13.     I do not know what the "Fade in Magazine Pitch Fest" is, and have never attended such an event.

11049307.2
4840-6643-5418v.1

## My Limited Contacts With Illinois

14. I have been to Illinois twice in my life: once in 1994 and once in 2017, as set forth below. I do not own any real property in Illinois. I do not rent property situated in Illinois. I do not have any bank accounts or governmental licenses in Illinois. I have no assets of any kind located in Illinois.

15. I do not have a mailing address in Illinois, do not have a telephone number in Illinois, and have never been required to pay taxes in Illinois. I do not maintain a place of business in Illinois.

16. I have no employees or agents in Illinois, other than the lawyers which have been retained to represent my interests in this lawsuit.

17. I have never made a television show in Illinois and have never been involved in any television program that was created, written or produced in Illinois.

18. While in Los Angeles, I co-wrote the book (*i.e.*, the original script) for the musical *Escape to Margaritaville*, a play which is expected to premiere on Broadway in February 2018.

19. The musical has had a limited run in numerous cities, including (1) La Jolla, California, (2) New Orleans, Louisiana, (3) Chicago, Illinois, and (4) Houston, Texas. It ran for a little over three (3) weeks in Chicago, from November 9 until December 2, 2017. I do not own and have not been the owner of the musical. Rather, I was a writer-for-hire in connection with the musical. I have had no involvement in the marketing or promotion of the musical, and have had no input or control where the musical toured. I attended several of the performances of the musical in La Jolla, New Orleans and Chicago.

3

## I Wrote Down *The Guest Book* Story Before The Date Plaintiffs First Conceived Of Their Story Idea

20.     I understand from Plaintiffs' complaint (*see* complaint ¶ 22) that they allege they they first conceived of their alleged *Bed & Breakfast: If These Walls Could Talk* story idea on June 15, 2012.  However, as set forth below, I wrote down (and emailed) my story premise and elements for *The Guest Book* well prior to that date.

21.     Starting in 2011, I began renting vacation houses because I needed a place to go and write.  At that time, while I was at a rental cabin in California, I had writer's block, and so I picked up the rental house's guest book and started writing about something crazy that (supposedly) happened in the rental home. I then did it again and again, writing a guest book story from the perspective of a guest recounting their twisted experience during their stay.

22.     Attached as **Exhibit 1** are true and correct copies of email exchanges, dated June 30, 2011, which include an early example of a "Guest Book" story.  The email exchanges bear document ID nos. KDW00363715 and KDW 00344850.

23.     By way of another example, I wrote yet another "Guest Book" story in early July 2011 in the guestbook of a cabin located in Big Bear Lake, California, in the San Bernardino Mountains. Attached as **Exhibit 2** are true and correct copies of email exchanges, dated July 3, 2011, July 4, 2011 and July 5, 2011, which contained my "Guest Book" story.  The email exchanges bear document ID nos. KDW00246613 and KDW 00344901.

24.     I wrote another guestbook story in late July 2011. Attached as **Exhibit 3** is a true and correct copy of an email I sent, dated July 27, 2011, which contained this story.  This email bears document ID no. KDW00364237.

4

25.     Attached as **Exhibit 4** is a true and correct copy of an April 9, 2012 e-mail in which I told a third party that "I'm going away tomorrow morning to write a guest book story". This email bears document ID no. KDW00364879.

26.     By April 11, 2012, I had written another "Guest Book" story.  Attached as **Exhibit 5** is a true and correct copy of this story, dated April 12, 2011. This story bears document ID no. KDW00148493.

27.     Attached as **Exhibit 6** is a true and correct copy of an April 23, 2012 e-mail in which I wrote that "I'm going out of town tomorrow … Going to Big Bear to write another Guestbook, hopefully."  This email bears document ID no. KDW00365012.

28.     On April 25, 2012, I e-mailed to a third party another "Guest Book" story I had written. A true and correct copy of this story is set forth an email exchange, dated April 25, 2012 and April 26, 2012, and is attached as **Exhibit 7**.  This email exchange bears document ID no. KDW00249141.

29.     I wrote another guestbook story in early May 2012. Attached as **Exhibit 8** is a true and correct copy of this story, dated May 2, 2012. This story bears document ID no. KDW0148494.

30.     Attached as **Exhibit 9** is a true and correct copy of a May 19, 2012 e-mail exchange in which I explained to a third party, "I'm going to write a guest book entry …. I usually write those when I'm all alone in the house …. I like being in an empty house and walking around while I write it figuring out what could have happened."  This email exchange bears document ID no. KDW00365438.

11049307.2
4840-6643-5418v.1

### I Continued To Write *Guest Book* Stories In 2012 And Then Pitched The Televison Series In Early September 2013

31.     I continued to write Guest Book stories in 2012.  For example, on July 3, 2012, I emailed to a third party another "Guest Book" story I had written. A true and correct copy of this story is set forth an email exchange, dated July 3, 2012, and is attached as **Exhibit 10**.  This email exchange bears document ID no. KDW00250250.

32.     By September 3, 2013, I created pitch notes for a pitch for my Series I was giving to nonparty Showtime that afternoon.  In that document, I wrote how I came up with the story, as well as the basic premise and characters for the proposed television series. Attached as **Exhibit 11** is a true and correct copy of the pitch document I wrote for Showtime, dated September 3, 2013.  This written pitch bears document ID no. KDW00148487.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct.

Executed on:   1/24/18

Gregory Garcia

11049307.2
4840-6643-5418v.1

# EXHIBIT 1

| | |
|---|---|
| **From:** | Greg Garcia <mynameisgreg@me.com> |
| **Sent:** | Thursday, June 30, 2011 1:47 PM |
| **To:** | Rob Stoker |
| **Subject:** | Guest Book |

I was bored at a house I rented in the mountains to do some writing and I wrote the following story in their guest book. After I wrote it I typed it out so I would have it. Enjoy

6/29/11

Working sixty hours a week and raising a kid with autism can be pretty stressful. So when Jack asked me to go away for the weekend I thought, why not? He seems like a cool guy. Maybe a little rest and relaxation with one of the fellas from the office would do me some good. We could go hiking, play cards, drink a few beers... guy stuff. I found your house on the internet and thought it looked like it would be perfect. Two bedrooms, nice views, cable TV. I picked Jack up on the corner of Sepulveda and Balboa around eight and we headed north. Jack was quieter than he usually was at the office but he looked happy and he smelled good. I guess he had on his "away from the office" cologne. I've heard of people having two different scents. I only have one. Dove body wash. It seems to do me just fine in any social situation and I've never been one for lavish smells. I cracked a window because, although it wasn't exactly asphyxiating, Jack smelled a little strong. I don't think he was offended by the cracking of the window. If anything he just thought I farted. We listened to the radio and told each other stories about growing up. Jack was raised by an Aunt and Uncle. The aunt, a terrible task master. The uncle, a bit of a clown. You could see the stamp they both left on Jack as he told stories of skipping rocks on the roof of a Costco or crying himself to sleep for not breaking 1300 on his SATS. I was a little more guarded with my stories than Jack. Not because I didn't trust him. I did. I felt I knew him well. Our wives got together wonderfully at the office Christmas party and, Jessica, that's my wife, Jessica was thrilled that I was starting to develop a friendship with Jack in the hopes that our families would become friends. I guess I was guarded with my stories because I'm always a little guarded around people I respect. And Jack was one of those people. Only eight months at the company and he seemed to be heading straight to the top. I guess this could be considered a business trip just and much as a social outing since I knew that once I was in good with Jack things could only get better around the office. Things were currently a bit stalled, as they say.

Before we knew it we were picking up the key from the rental office above the Mexican restaurant, grabbing a few groceries from the market and making our way up the hill to what would be our home for the next two days. I've always loved the sound of a gravel driveway. The crunch crunch crunch crunch crunch crunch crunch crunch crunch of the tires distributing the rocks to and fro sounds like coming home after a long journey. Although to Jack and I this was a home that we've never been to before. A quiet place where we came to relax but soon discovered would change the way we both look at the world forever.

We had each had about five beers or so when Jack pulled out a deck of cards. Cards seemed like a great idea since we were running out of stories to tell each other. I think Jack told me the one about his cat killing a snake three times already. Go Fish was a game that we both knew how to play and we made things a little more interesting by wagering a dollar a hand. Jack shuffled like a guy who knew his way around a deck of cards and I realized I had my work cut out for me. The first couple hands went back and forth but when I came back from the bathroom I noticed my cards were not in the position I left them in. Was Jack cheating? For a dollar a hand? No way. He beat me bad the next hand and during the following game I put my cards face down and made my way to the fridge for a beer. As I headed to your fridge I saw it as plain as day. There in the reflection of your microwave door I saw Jack quickly lift up my cards and sneak a peek.

I sat down at the table with my beer and smiled at Jack. He smiled back. As I picked up my cards and fanned them back out he looked at me for a long time, as if he was some kind of master card player reading my face. "Do you have any Kings?" He asked. I looked at my hand. Of course I had a King.

Now there's something I haven't mentioned so far. I have a bit of temper. It's another reason I was looking forward to getting away for a few days. I thought a little mountain air and relaxation could be good for the ole' stress level. So when I felt my blood starting to bubble up, I tried to put everything in perspective. Jack was my superior at work, I was here to have fun, we were both a little drunk and it was only a silly game of Go Fish. Why worry about losing a few bucks to a guy who cheats? The truth is, I already won. I wasn't a cheater.

"Do you have any Kings?" He repeated.

1

KDW00363715

Have you ever heard the sound it makes when you step on a very large beetle? It's a wet popping sound. This was the exact sound it made when I lunged across the table and stuck a fork deep into Jack's left eye. He jumped from his chair, fork firmly nestled into his eye ball and started to flail around the room. I calmly sat down, cracked the beer I had retrieved from the fridge and threw the King he had inquired about onto the table. "You got any one eyed Jacks?" I quipped. He pulled the fork out of his eye, leaped over the table and buried it into my shoulder where it remained as he drove me against the wall slamming me into the snow shoes that you've tastefully hung in a decorative manner. I kicked Jack in the balls. Not something I'm proud of but it was one of my only options at the time and proved to be quite effective as he went down to the ground in a heap. I pulled the fork out of my shoulder and stabbed him in the back of the neck with it. This time I held my grip tight on the fork, pulled it out of his neck and repeated stabbing him more than a few times. The fork would go in deep sometimes and not so deep other times depending on which part of the neck I hit. But no matter how deep the fork went Jack always made the same sound. It was like a squealing pig with a nasty chest cold.

I didn't realize that Jack had swept my legs out from under me until the back of my head hit your little side table with the glass top on it. I don't know who's idea it was to put a glass top on that table but I wish they would have just left the table cloth on with no glass top. If you they done that I might not have blacked out for a few minutes. Of course I have no idea how long I was out for but I do know it was long enough for Jack take the fork out of my hand because what woke me up was the sharp pain of a fork going directly into my right eyelid. An eye for an eye. I sprang to my feet as fast as I could and spit at Jack. I don't know why I spit. I just did. I pulled the fork out of my eye and charged at Jack who decided to retreat to the bathroom where he locked the door.

I banged on the door for a few minutes but Jack refused to come out. I considered kicking it in but as mad as I was at Jack I was still conscious of the fact that I was a guest in your home. You've done a lovely job of maintaining your nice little home in the woods. Who am I to start kicking down doors? I looked at myself in the mirror next to the bathroom door and was horrified with what was starring back at me. A one eyed man with blood dripping from his shoulder. I walked to the kitchen careful not to get any blood on your white carpet. A bold choice for a rental property. I dressed my wounds with paper towels, grabbed my car keys, quietly opened the front door and got into my car. Even though my Chevy Volt made virtually no noise, I knew Jack could hear the sound of the crunch crunch crunch crunch crunch crunch crunch as I left the driveway. I didn't like him knowing that I had left the house. I would have rather he sat in there cowering all night. But there was no mistaking the sound of the tires in the gravel and unless he thought someone was arriving, he knew I had gone.

About ten minutes later the front door slowly opened and Jack stuck his head out. With his good eye he saw my Chevy Volt parked at the top of the driveway. He looked confused. When he heard a little whistle to his left he instinctively turned and looked. I drove the fork into his good eye and then quickly pulled it out. I had learned at this point in the fight to never relinquish possession of the fork. Bad things happen to the guy who doesn't have the fork. Jack went down to his knees. "Cheater!" I yelled. This is the first we had spoken since the card game. Jack crawled towards the street. I let him go and went back into your house.

I straightened up what little mess we had made. For the amount of damage we did to ourselves your house took very little abuse. The bear clock and the little decorative moose head were knocked off the table when my head struck it but they were both unharmed so I returned them to what I thought were their original resting places. If I'm off by a few inches I'm sure you'll adjust them to your liking the next time you come up to enjoy your vacation home. I washed off the fork really good using the soap next to the kitchen sink and since we never got to do any cooking you'll be happy to know that we didn't put any grease down the drain as is instructed not to do by your sign. Personally I would have no problem using that fork knowing how well I cleaned it but if you're a bit of a germaphobe you may want to throw away all your forks because I put it back in the drawer with the others before I realized that you may not want to use it considering where it's been.

Well, I see out the window that Jack has crawled all the way to the street and is starting to use a large rock to break the windows out of my car so I'm going to sign off now.

Thanks for letting us use your place.

Greg

P.S. The clock in the kitchen is an hour slow.

2

KDW00363715

Master Date :            6/30/2011

Sent Date :              6/30/2011

Received Date :          6/30/2011

Relativity ID :          KDW00363715

BegAttach (Family ID) :  KDW00363715

Attachment Count :       0

File Name :              Guest Book.msg

Attachment Filenames :

**From:**       Rob & Shelley Stoker <rstoker@cox.net>
**Sent:**       Thursday, June 30, 2011 1:56 PM
**To:**         Greg Garcia
**Subject:**    RE: Guest Book

Brilliant.

---

**From:** Greg Garcia [mailto:mynameisgreg@me.com]
**Sent:** Thursday, June 30, 2011 4:47 PM
**To:** Rob Stoker
**Subject:** Guest Book

I was bored at a house I rented in the mountains to do some writing and I wrote the following story in their guest book.  After I wrote it I typed it out so I would have it.  Enjoy

6/29/11

Working sixty hours a week and raising a kid with autism can be pretty stressful.  So when Jack asked me to go away for the weekend I thought, why not?  He seems like a cool guy.  Maybe a little rest and relaxation with one of the fellas from the office would do me some good.  We could go hiking, play cards, drink a few beers… guy stuff.  I found your house on the internet and thought it looked like it would be perfect.  Two bedrooms, nice views, cable TV.  I picked Jack up on the corner of Sepulveda and Balboa around eight and we headed north.  Jack was quieter than he usually was at the office but he looked happy and he smelled good.  I guess he had on his "away from the office" cologne.  I've heard of people having two different scents.  I only have one.  Dove body wash.  It seems to do me just fine in any social situation and I've never been one for lavish smells.  I cracked a window because, although it wasn't exactly asphyxiating, Jack smelled a little strong.  I don't think he was offended by the cracking of the window.  If anything he just thought I farted.  We listened to the radio and told each other stories about growing up.  Jack was raised by an Aunt and Uncle.  The aunt, a terrible task master.  The uncle, a bit of a clown.  You could see the stamp they both left on Jack as he told stories of skipping rocks on the roof of a Costco or crying himself to sleep for not breaking 1300 on his SATS.  I was a little more guarded with my stories than Jack.  Not because I didn't trust him.  I did.  I felt I knew him well.  Our wives got together wonderfully at the office Christmas party and, Jessica, that's my wife, Jessica was thrilled that I was starting to develop a friendship with Jack in the hopes that our families would become friends.  I guess I was guarded with my stories because I'm always a little guarded around people I respect.  And Jack was one of those people.  Only eight months at the company and he seemed to be heading straight to the top.  I guess this could be considered a business trip just and much as a social outing since I knew that once I was in good with Jack things could only get better around the office.  Things were currently a bit stalled, as they say.

        Before we knew it we were picking up the key from the rental office above the Mexican restaurant, grabbing a few groceries from the market and making our way up the hill to what would be our home for the next two days.  I've always loved the sound of a gravel driveway.  The crunch crunch crunch crunch crunch crunch crunch of the tires distributing the rocks to and fro sounds like coming home after a long journey.  Although to Jack and I this was a home that we've never been to before.  A quiet place where we came to relax but soon discovered would change the way we both look at the world forever.

        We had each had about five beers or so when Jack pulled out a deck of cards.  Cards seemed like a great idea since we were running out of stories to tell each other.  I think Jack told me the one about his cat killing a snake three times already.  Go Fish was a game that we both knew how to play and we made things a little more interesting by wagering a dollar a hand.  Jack shuffled like a guy who knew his way around a deck of cards and I realized I had my work cut out for me.  The first couple hands went back and forth but when I came back from the bathroom I noticed my cards were not in the position I left them in.  Was Jack cheating?  For a dollar a hand?  No way.  He beat me bad the next hand and during the following game I put my cards face down and made my way to the fridge for a beer.  As I headed to your fridge I saw it as plain as day.  There in the reflection of your microwave door I saw Jack quickly lift up my cards and sneak a peek.

I sat down at the table with my beer and smiled at Jack.  He smiled back.  As I picked up my cards and fanned them back out he looked at me for a long time, as if he was some kind of master card player reading my face.  "Do you have any Kings?" He asked.  I looked at my hand.  Of course I had a King.

1

KDW00344850

Now there's something I haven't mentioned so far.  I have a bit of temper.  It's another reason I was looking forward to getting away for a few days.  I thought a little mountain air and relaxation could be be good for the ole' stress level.  So when I felt my blood starting to bubble up, I tried to put everything in perspective.  Jack was my superior at work, I was here to have fun, we were both a little drunk and it was only a silly game of Go Fish.  Why worry about losing a few bucks to a guy who cheats?  The truth is, I already won.  I wasn't a cheater.

"Do you have any Kings?"  He repeated.

Have you ever heard the sound it makes when you step on a very large beetle?  It's a wet popping sound.  This was the exact sound it made when I lunged across the table and stuck a fork deep into Jack's left eye.  He jumped from his chair, fork firmly nestled into his eye ball and started to flail around the room.  I calmly sat down, cracked the beer I had retrieved from the fridge and threw the King he had inquired about onto the table.  "You got any one eyed Jacks?"  I quipped.  He pulled the fork out of his eye, leaped over the table and buried it into my shoulder where it remained as he drove me against the wall slamming me into the snow shoes that you've tastefully hung in a decorative manner.  I kicked Jack in the balls.  Not something I'm proud of but it was one of my only options at the time and proved to be quite effective as he went down to the ground in a heap.  I pulled the fork out of my shoulder and stabbed him in the back of the neck with it.  This time I held my grip tight on the fork, pulled it out of his neck and repeated stabbing him more than a few times.  The fork would go in deep sometimes and not so deep other times depending on which part of the neck I hit.  But no matter how deep the fork went Jack always made the same sound.  It was like a squealing pig with a nasty chest cold.

I didn't realize that Jack had swept my legs out from under me until the back of my head hit your little side table with the glass top on it.  I don't know who's idea it was to put a glass top on that table but I wish they would have just left the table cloth on with no glass top.  If you they done that I might not have blacked out for a few minutes.  Of course I have no idea how long I was out for but I do know it was long enough for Jack take the fork out of my hand because what woke me up was the sharp pain of a fork going directly into my right eyelid.  An eye for an eye.  I sprang to my feet as fast as I could and stabA Jack.  I don't know why I spit.  I just did.  I pulled the fork out of my eye and charged at Jack who decided to retreat to the bathroom where he locked the door.

I banged on the door for a few minutes but Jack refused to come out.  I considered kicking it in but as mad as I was at Jack I was still conscious of the fact that I was a guest in your home.  You've done a lovely job of maintaining your nice little home in the woods.  Who am I to start kicking down doors?  I looked at myself in the mirror next to the bathroom door and was horrified with what was starring back at me.  A one eyed man with blood dripping from his shoulder.  I walked to the kitchen careful not to get any blood on your white carpet.  Such a bold choice for a rental property.  I dressed my wounds with paper towels, grabbed my car keys, quietly opened the front door and got into my car.  Even though my Chevy Volt made virtually no noise, I knew Jack could hear the sound of the crunch crunch crunch crunch crunch crunch crunch crunch as I left the driveway.  I didn't like him knowing that I had left the house.  I would have rather he sat in there cowering all night.  But there was no mistaking the sound of the tires in the gravel and unless he thought someone was arriving, he knew I had gone.

About ten minutes later the front door slowly opened and Jack stuck his head out.  With his good eye he saw my Chevy Volt parked at the top of the driveway.  He looked confused.  When he heard a little whistle to his left he instinctively turned and looked.  I drove the fork into his good eye and then quickly pulled it out.  I had learned at this point in the fight to never relinquish possession of the fork.  Bad things happen to the guy who doesn't have the fork.  Jack went down to his knees.  "Cheater!" I yelled.  This is the first we had spoken since the card game.  Jack crawled towards the street.  I let him go and went back into your house.

I straightened up what little mess we had made.  For the amount of damage we did to ourselves your house took very little abuse.  The bear clock and the little decorative moose head were knocked off the table when my head struck it but they were both unharmed so I returned them to what I thought were their original resting places.  If I'm off by a few inches I'm sure you'll adjust them to your liking the next time you come up to enjoy your vacation home.  I washed off the fork really good using the soap next to the kitchen sink and since we never got to do any cooking you'll be happy to know that we didn't put any grease down the drain as is instructed not to do by your sign.  Personally I would have no problem using that fork knowing how well I cleaned it but if you're a bit of a germaphobe you may want to throw away all your forks because I put it back in the drawer with the others before I realized that you may not want to use it considering where it's been.

Well, I see out the window that Jack has crawled all the way to the street and is starting to use a large rock to break the windows out of my car so I'm going to sign off now.

Thanks for letting us use your place.

Greg

P.S.  The clock in the kitchen is an hour slow.

2

KDW00344850

```
Master Date:  6/30/2011
Sent Date:  6/30/2011
Received Date:  6/30/2011
Relativity ID:  KDW00344850
Family ID:  KDW00344850
Attachment Count:  0
File Name:  RE: Guest Book.msg
Attachment Filenames:
```

# EXHIBIT 2

**From:** Natalie & Tom Garcia <nattom@verizon.net>
**Sent:** Sunday, July 3, 2011 5:16 PM
**To:** Greg Garcia
**Subject:** Re: Big Bear Guest Book

I want to read each one as you write them . . . very clever idea! Thank goodness our electricity's back on because it's hot and humid here. Enjoy the fireworks. Love to all, Mom

-----Original Message-----
From: Greg Garcia
Sent: Sunday, July 03, 2011 7:49 PM
To: Natalie Garcia
Subject: Big Bear Guest Book

I'm going to be honest with you. This wouldn't have been my first choice for a house to rent in Big Bear. I mean, come on, if I'm going to drive three hours to be at a lake, I want to be able to see the actual lake from my deck. But my husband and I didn't know we were coming up here for the 4th of July weekend until the morning of July 1st so I guess beggars can't be choosers. And since my future daughter in law was coming with us it was essential that we had an indoor hot tub. So that, combined with the last minute reservation really limited our choices and here we are.

Jeff and I had planned on having a quiet forth of July at home when our youngest son, Ethan, left a message at the house informing us he was coming to town and was bringing Lynn with him. Lynn is his fiance. We've really only spent a few nights with her but she seems like she has the potential of being okay. Ethan is chubby so we're just happy he's found someone. Jeff and I didn't feel like having guests at the house plus Lynn is allergic to cats so we quickly booked your place and told Ethan we already had plans to go up to Big Bear but they were welcome to join us. Ethan was a little worried about the altitude but I told him he would be fine and we all drove up together Saturday morning.

The drive was a little awkward. Jeff and I did a lot of talking about our church work. Church is very important to us. Ethan kept trying to change the subject knowing that Lynn is an atheist but I don't see why I can't talk about my church work just because Lynn hasn't welcomed The Lord into her life yet.

Eventually we got up the mountain and after Jeff was swindled into buying forty dollars worth firewood from the rental place (It's 88 degrees out for crying out loud!) we drove into your driveway. With only four of us here we had more beds than we needed. Naturally Jeff and I took the master, Ethan took the room with two beds and Lynn took the room with the three small beds. She said she looked forward to trying one of the mattresses with memory foam. I sat on one of them. I'm not a fan. It's gross. It felt like the bed was hugging my behind. Ethan tried to put Lynn's suitcase in his room but I quickly moved it to another room. I don't care if he's 32, he's not sharing a bed with a woman until they are married in the eyes of The Lord.

Dinner was awkward. Lynn is a vegan. I don't even know how to deal with that. I'm going to make my lasagna the way I make my lasagna. She wouldn't even eat the bread because I had buttered it. She had some kind of candy bar thing with nuts that she unwrapped during Jeff's blessing. After dinner we watched some awful TV program called My Name is Earl that Lynn picked and then we all went to bed.

The alarm clock woke Jeff and I up at 2:45 a.m. Earlier in the night there was some debate between he and I about what time to wake up and get things started. I thought 2:45 was good because your neighbors would be asleep for sure but Jeff thought we could go as early as 1:00. I won that debate and then Jeff suggested that we wait until Sunday night

1

KDW00246613

instead of Saturday but I thought he was just stalling and I won that argument too. I win eighty percent of our arguments. Ninety if you don't count where we're going to go out to eat.

So there we were, awake at 2:45, I put on my robe and Jeff emptied his pillow out of his pillowcase. As we made our way down the hallway I let out a little yelp as I stubbed my toe on your single step in the hall. What is up with the odd steps in this house? After that we were careful not to make too much noise although I think we were being overly cautious because you really couldn't hear anything over Ethan's sleep apnea machine blaring away from his bedroom. Lynn's door was mostly open so we only had to open it a little to make our way in. Jeff was holding his pillowcase and I was holding your flashlight I had taken from the fireplace in the living room.

Lynn was lying on top of her covers in what looked like something Farrah Faucet would wear on her honeymoon. I mean, good gracious. What ever happened to good old fashion PJs? I went to roll my eyes at Jeff but he was already lunging towards her with the pillowcase. That was my cue. As Jeff threw the pillowcase over her head and held her tight I stuck her in the thigh with my syringe of Propofol. She struggled for a few moments and then the Propofol took affect and she went limp.

I'm a nurse at a veterinary clinic so I have access to various drugs. It's really interesting how many drugs are used on both animals and humans. Just more proof that all creatures were made by the same almighty being if you ask me.

Jeff is a very strong man so we didn't have a very hard time carrying Lynn down the stairs. She can't weigh more than 100 pounds. I guess the lack of real honest food in her diet makes it hard to put on weight. Her head hit the large metal giraffe on the stairway but both her head and the giraffe appear to be well crafted so neither were damaged. I credit The Lord with the workmanship on Lynn's head. I'm guessing the credit for the Giraffe goes to Pier One or Cost Plus.

We made our way down to the bottom floor where Jeff and I had already prepared your indoor hot tub area for Lynn's baptism. We lit some candles we had brought from our church and I changed Lynn into a more tasteful outfit as Jeff averted his eyes. The whole ceremony only takes about ten minutes. Jeff dunked her under water about four times, holding her nose to make sure she didn't drown. I dried her off the best that I could and put her back into her "pajamas". Jeff propped her up on the toilet and I blow dried her hair. Jeff went down to Ethan's room to make sure that you couldn't hear the blow dryer over the sleep apnea machine but you couldn't. I swear, that thing is like having an old Jeep running next to your head all night.

I have no idea how he sleeps like that. If he would just lose a few pounds or sleep on his side he could breath on his own but I guess he loves Golden Oreos and sleeping on his back more than being able to function like a normal adult. Why anyone would want to be hooked to a machine like Terry Schiavo for ten hours a night is beyond me.

The next morning Jeff and I were already up when we heard the old Jeep turn off and Ethan made his way into the kitchen. We all had breakfast and after a few hours I was starting to get a little nervous about Lynn who still hadn't gotten up. Had I used too much Propofol? I doubled the dose we used on a German Shepard who recently had bladder stone surgery. Just to make sure I stuck my head in her room and sure enough she was breathing. Phew.

About an hour later she woke up and said that she slept wonderfully. She said she felt like she had slept for three days. You know why? Because she now walks with the Lord in her soul. You're welcome Lynn.

The rest of the weekend was great. Our daughter, her husband and their three boys came up on Sunday. My son in law said you stopped by to check on something with the steps out front. Sorry we missed you. Sunday night Jeff made his famous ribs. Lynn refused to eat them but I snuck a little rib meat into the salad I made. I'm sure if I sneak her a little meat from time to time she'll get a taste for it and be eating normal like the rest of us in no time.

Thanks for letting us use your place.

Jill

P.S. The side of the air hockey table is in need of repair.

KDW00246613

3

KDW00246613

Master Date :              7/3/2011

Sent Date :                7/3/2011

Received Date :            7/3/2011

Relativity ID :            KDW00246613

BegAttach (Family ID) :    KDW00246613

Attachment Count :         0

File Name :                Re: Big Bear Guest
                           Book.msg

Attachment Filenames :

**From:** Loncar, Brett <bloncar@caa.com>
**Sent:** Tuesday, July 5, 2011 7:54 PM
**To:** Greg Garcia
**Subject:** RE: Guest Book 2

Ok, this is fabulous too. My book agent is out of town. Can it wait until next week or do you want me to reach out to someone else?

-----Original Message-----
From: Greg Garcia [mailto:mynameisgreg@me.com]
Sent: Monday, July 04, 2011 9:03 AM
To: Loncar, Brett
Subject: Guest Book 2

Went to Big Bear this weekend and wrote another one.

7/4/11

I'm going to be honest with you. This wouldn't have been my first choice for a house to rent in Big Bear. I mean, come on, if I'm going to drive three hours to be at a lake, I want to be able to see the actual lake from my deck. But my husband and I didn't know we were coming up here for the 4th of July weekend until the morning of July 1st so I guess beggars can't be choosers. And since my future daughter in law was coming with us it was essential that we had an indoor hot tub. So that, combined with the last minute reservation really limited our choices and here we are.

Jeff and I had planned on having a quiet forth of July at home when our youngest son, Ethan, left a message at the house informing us he was coming to town and was bringing Lynn with him. Lynn is his fiance. We've really only spent a few nights with her but she seems like she has the potential of being okay. Ethan is chubby so we're just happy he's found someone. Jeff and I didn't feel like having guests at the house plus Lynn is allergic to cats so we quickly booked your place and told Ethan we already had plans to go up to Big Bear but they were welcome to join us. Ethan was a little worried about the altitude but I told him he would be fine and we all drove up together Saturday morning.

The drive was a little awkward. Jeff and I did a lot of talking about our church work. Church is very important to us. Ethan kept trying to change the subject knowing that Lynn is an atheist but I don't see why I can't talk about my church work just because Lynn hasn't welcomed The Lord into her life yet.

Eventually we got up the mountain and after Jeff was swindled into buying forty dollars worth firewood from the rental place (It's 88 degrees out for crying out loud!) we drove into your driveway. With only four of us here we had more beds than we needed. Naturally Jeff and I took the master, Ethan took the room with two beds and Lynn took the room with the three small beds. She said she looked forward to trying one of the mattresses with memory foam. I sat on one of them. I'm not a fan. It's gross. It felt like the bed was hugging my behind. Ethan tried to put Lynn's suitcase in his room but I quickly moved it to another room. I don't care if he's 32, he's not sharing a bed with a woman until they are married in the eyes of The Lord.

Dinner was awkward. Lynn is a vegan. I don't even know how to deal with that. I'm going to make my lasagna the way I make my lasagna. She wouldn't even eat the bread because I had buttered it. She had some kind of candy bar thing with nuts that she unwrapped during Jeff's blessing. After dinner we watched some awful TV program called My Name is Earl that Lynn picked and then we all went to bed.

1

KDW00344901

The alarm clock woke Jeff and I up at 2:45 a.m. Earlier in the night there was some debate between he and I about what time to wake up and get things started. I thought 2:45 was good because your neighbors would be asleep for sure but Jeff thought we could go as early as 1:00. I won that debate and then Jeff suggested that we wait until Sunday night instead of Saturday but I thought he was just stalling and I won that argument too. I win eighty percent of our arguments. Ninety if you don't count where we're going to go out to eat.

So there we were, awake at 2:45, I put on my robe and Jeff emptied his pillow out of his pillowcase. As we made our way down the hallway I let out a little yelp as I stubbed my toe on your single step in the hall. What is up with the odd steps in this house? After that we were careful not to make too much noise although I think we were being overly cautious because you really couldn't hear anything over Ethan's sleep apnea machine blaring away from his bedroom. Lynn's door was mostly open so we only had to open it a little to make our way in. Jeff was holding his pillowcase and I was holding your flashlight I had taken from the fireplace in the living room. Lynn was lying on top of her covers in what looked like something Farrah Faucet would wear on her honeymoon. I mean, good gracious. What ever happened to good old fashion PJs? I went to roll my eyes at Jeff but he was already lunging towards her with the pillowcase. That was my cue. As Jeff threw the pillowcase over her head and held her tight I stuck her in the thigh with my syringe of Propofol. She struggled for a few moments and then the Propofol took affect and she went limp.

I'm a nurse at a veterinary clinic so I have access to various drugs. It's really interesting how many drugs are used on both animals and humans. Just more proof that all creatures were made by the same almighty being if you ask me.

Jeff is a very strong man so we didn't have a very hard time carrying Lynn down the stairs. She can't weigh more than 100 pounds. I guess the lack of real honest food in her diet makes it hard to put on weight. Her head hit the large metal giraffe on the stairway but both her head and the giraffe appear to be well crafted so neither were damaged. I credit The Lord with the workmanship on Lynn's head. I'm guessing the credit for the Giraffe goes to Pier One or Cost Plus.

We made our way down to the bottom floor where Jeff and I had already prepared your indoor hot tub area for Lynn's baptism. We lit some candles we had brought from our church and I changed Lynn into a more tasteful outfit as Jeff averted his eyes. The whole ceremony only takes about ten minutes. Jeff dunked her under water about four times, holding her nose to make sure she didn't drown. I dried her off the best that I could and put her back into her "pajamas". Jeff propped her up on the toilet and I blow dried her hair. Jeff went down to Ethan's room to make sure that you couldn't hear the blow dryer over the sleep apnea machine but you couldn't. I swear, that thing is like having an old Jeep running next to your head all night. I have no idea how he sleeps like that. If he would just lose a few pounds or sleep on his side he could breath on his own but I guess he loves Golden Oreos and sleeping on his back more than being able to function like a normal adult. Why anyone would want to be hooked to a machine like Terry Schiavo for ten hours a night is beyond me.

The next morning Jeff and I were already up when we heard the old Jeep turn off and Ethan made his way into the kitchen. We all had breakfast and after a few hours I was starting to get a little nervous about Lynn who still hadn't gotten up. Had I used too much Propofol? I doubled the dose we used on a German Shepard who recently had bladder stone surgery. Just to make sure I stuck my head in her room and sure enough she was breathing. Phew.

About an hour later she woke up and said that she slept wonderfully. She said she felt like she had slept for three days. You know why? Because for the first time in her life she woke up with the Lord in her soul. You're welcome Lynn.

The rest of the weekend was great. Our daughter, her husband and their three boys came up on Sunday. My son in law said you stopped by to check on something with the steps out front. Sorry we missed you. Sunday night Jeff made his famous ribs. Lynn refused to eat them but I snuck a little rib meat into the salad I made. I'm sure if I sneak her a little meat from time to time she'll get a taste for it and be eating normal like the rest of us in no time.

Thanks for letting us use your place.

Jill

KDW00344901

P.S. The side of the air hockey table is in need of repair.

---

This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please e-mail us at caasecurity@caa.com or call 424-288-2000.

KDW00344901

```
Master Date:  7/5/2011
Sent Date:  7/5/2011
Received Date:  7/5/2011
Relativity ID:  KDW00344901
Family ID:  KDW00344901
Attachment Count:  0
File Name:  RE: Guest Book 2.msg
Attachment Filenames:
```

# EXHIBIT 3

| From: | Greg Garcia <mynameisgreg@me.com> |
|---|---|
| Sent: | Wednesday, July 27, 2011 12:36 PM |
| To: | Kim Garcia |

7/21/11

We've only been here a few days and first let me say that we're having a blast. Your house is perfect. My family is here with my brother and his kids. Eleven of us in all. I know the max capacity is ten but two of the little guys are under four so I'm only counting them as half. My husband Eddie is looking over my shoulder and telling me not to write that or you'll charge us more but I can tell by all the kitschy ducks you've decorated your house with that you must have a sense of humor. Anyway, why am I already writing in your guest book two days into the trip? Well, it's because of what happened last night.

It was around 3:30 a.m. when the phone rang. It woke me up and it took me a few moments to realize where I was. Eddie didn't move. He's a sound sleeper. When the kids were little he slept through everything. I resented him for it. Still do. Once I got my bearings I made my way to the phone. "Hello?" I could hear the anxiety in the woman's voice as soon as she started talking. "Jennifer? Jennifer is that you? Jennifer it's me, Marcia. He's in the bathroom." I cut her off telling her that I wasn't Jennifer and I didn't know anyone named Marcia. I told her that I thought she had the wrong number. She read back the number to me and it was in fact your phone number. So then I explained that we were renting the house and maybe she was looking for the owners. She started to say something about needing a bus ticket but then I heard a man's voice and she hung up in the middle of her sentence. I didn't know what to make of this. Anyway, I didn't know how to get this message to you so I figured I would write it in the guest book and hopefully you'll see it.

You've got a great house. I was just kidding about there being eleven of us here. There are only ten of us.

Take care,
Phyllis

7/25/11

Well, it happened again. After a great day out on the beach and some delicious North Cackalacky bar-b-q we all watched America's Got Talent and then went to sleep. I was having a dream that I was back in college and I was in a class with one of the guys who is the host on the show Wipeout. The guy with the white spot on his head that used to be on Talk Soup. Anyway, in the dream we were exchanging notes in the library (he was wearing a sailor suit for some reason) when I heard a phone ringing. We both looked around confused for a second but before I knew it my eyes were open and I was once again getting my bearings. I heard the phone ringing and I looked over at the clock. It was 3:32 a.m. I got out of bed a little slower than the night before. I had a few wine coolers while we watched TV and I don't think they had all passed through my system yet. I got to the phone and sure enough, it was Jennifer. "Marcia? He's in the bathroom again. I need help." I once again told her that we were renting the house and I wasn't Marcia. She quickly explained that she knew this was her sister Marcia's beach house but this was the only phone number that she had for her and she needed a bus ticket so she could get away from her husband. I asked her if she was being abused and she said no. She told me she had entered into a plural marriage a few years ago but had recently decided that she no longer wanted to be married to one guy and three women. She further explained that she was in a town called Camden Arkansas and she needed someone to wire her money so she could get out of there.

I think I was in shock. This was a lot of information to absorb in the middle of the night. I asked her how much money she needed and she said she only needed a couple hundred bucks. Since it wasn't that much money I told her I would wire it to her and she quickly told me to wire the money to a place called Jade's Superfoods. Then I heard a man's voice in the background and she hung up again.

Crazy right? Anyway, I'm going to wire the money today. I'm not looking for you to pay me back or anything. I just wanted to tell you what's going on. I didn't tell anyone else about this. My husband would be mad about the money and the kids would be scared. My brother, the twisted nut, would think it's hilarious. I might tell him once we get back home.

Sincerely,
Phyllis

P.S. The cold water in the downstairs bathroom is way too cold.

7/28/11

Well, you're never gonna believe this. Everyone was down at the beach and I came up to get another bag of Buggles when I heard the phone ringing. I thought it might be my mother who has been calling once a day to make sure none of the kids had been eaten by a

1

KDW00364237

shark. Last week a kid got bit so she's pretty nervous. But when I picked up the phone it wasn't Mom. Sure enough, it was Jennifer. "Phyllis, I did it. I got out." "That's great" I said. "Good for you." She then told me she was at the bus station and was hoping I could pick her up. "You're here?" I said. I couldn't believe it. I didn't think she was coming here. I once again explained that you weren't here I was just renting the place. She said she knew that but she didn't know where else to go. She said would have just come over but she had only been to your house once a few years ago and she didn't remember exactly where it is. I told her that I didn't think I could pick her up and she started crying. I'm a sucker for crying. Always have been. Eddie cries a lot. I can't stand it. I will do anything I have to do to get someone to stop crying. Anything. If I ever meet you and you buy me a few shots of Peach Schnapps I'll tell you the lengths I've gone to get Eddie to stop crying. It's disgusting. Anyway, I couldn't take the crying so I told her to be on the lookout for a red minivan and I would pick her up as soon as I could.

I told everyone I was going to run out to the grocery store and I headed down to the bus station.

When I pulled up to the bus station Jennifer spotted my car and started waving. I was surprised to see that she was in her late sixties. She didn't sound that old on the phone. I would have thought mid to late forties by her voice. She had dark curly hair and a slight limp. She had a small suitcase with her and when she opened the car door I could immediately smell her. She smelled like cookies. Snickerdoodles. It was nice. She was very grateful that I picked her up and she promised that she would pay me back for the bus ticket as soon as she was back on her feet again. I told her not to worry about it and we started to drive back to your house. I asked her what her plans were and she said that she hoped to look around the house and see if she couldn't find another number where she could contact you. Seemed like a solid plan to me so for the remainder of the drive we talked about plural marriage. It sounds like a drag.

As we pulled up to your house she asked me why we were stopping. I told her this was the house and she said it wasn't. I told her that I knew for a fact that this was the house I was staying in and she started to look around confused. She told me that her sister's house wasn't right on the beach. It was a few blocks away from the beach. Then she pulled out a piece of paper that had a phone number on it. It was old and quite smudged. She asked me if I thought the fifth number was a two or a three and I told her I couldn't tell what it was. It looked like a zero to me. It was at this point we both realized something that you must have realized when you started reading this whole story: This is not your sister! This is some random woman who called a wrong number looking for Jennifer who lives God know's where. I thought she was going to cry again but she started laughing which made me feel a lot better.

Since we had bonded in the car I invited her into the house. I explained to my husband what was going on and although he was a little resistant he trusted my judgement and let her hang out for the day. As expected, my brother thought the whole thing was a gas. He's an idiot. The kids got along with her famously and we all enjoyed a nice afternoon on the beach. When it came time to go to bed I started to feel a little less comfortable about having a stranger sleeping in the house with my children so I decided to tackle the issue head on and I told Marcia about my concerns. She completely understood and offered to sleep on the deck. I felt bad about that and after a little discussion we thought it would best if she slept in the minivan. I made her comfortable with some pillows and a blanket and we all settled in for the night.

It was 2:45 when the phone rang. It took me my usual few seconds to get my bearings and I made my way to the phone. When I answered it I heard the voice of a man. "Is Marcia there?" I asked who it was and he told me he was Marcia's husband, Henry. Holy crap, right? Can you believe this? Now the husband is calling. I asked him what he wanted and he said he just wanted to speak to his wife. He saw from their phone that she had called this number a few times and he wanted to know if she was there. We spoke for a while and he actually sounded like a nice guy so told him to hold on and I went out front to see if Marcia wanted to talk to him. Well, the first thing I noticed when I got outside was that the minivan was gone. I couldn't believe it. Looking back on it I realized that I was an idiot for leaving her the keys but I wanted her to be able to listen to the radio if she wanted to. I got back on the phone with Henry and I told him that I think his wife just stole my car. He immediately hung up.

We called the police the next day and they came out and took a few finger prints off of the umbrella stand on the deck. Marcia put it up so she would have some shade. I couldn't remember if she had touched anything else.

My husband is furious with me. He won't even look at me. My brother can't stop calling his friends and laughing about the whole thing. He can really be an jerk.

This had been a horrible vacation.

Phyllis

P.S. Enough with the ducks. Seriously, we get it. You're house is in Duck N.C. so you decorate with ducks.

2

KDW00364237

Master Date :          7/27/2011

Sent Date :            7/27/2011

Received Date :        7/27/2011

Relativity ID :        KDW00364237

BegAttach (Family ID) :   KDW00364237

Attachment Count :     0

File Name :            .msg

Attachment Filenames :

# EXHIBIT 4

**From:** Greg Garcia <mynameisgreg@me.com>
**Sent:** Monday, April 9, 2012 8:36 PM
**To:** Brett Loncar

FYI - I'm going away tomorrow morning to write a guest book story and I may be hard to reach until Wednesday afternoon.  But you can try to call or email, just not sure if I'll have internet.

Greg

KDW00364879

```
Master Date:  4/9/2012
Sent Date:  4/9/2012
Received Date:  4/9/2012
Relativity ID:  KDW00364879
Family ID:  KDW00364879
Attachment Count:  0
File Name:  .msg
Attachment Filenames:
```

# EXHIBIT 5

Guest Book Five

*3/?/12*

I probably shouldn't be writing in this guest book but we had such an epic time at your little cabin in the woods that I can't help myself. Marla and I didn't even know this city exisited. Frazure Park or Pine Mountain or whatever it's called. We've been on the road for a couple months just kinda crashing here and there. We spent a week and a half at her uncle's house outside Palmdale. He's a tool. His name is Doug and he works at a tire place. If you ever get a flat tire near Palmdale I garuntee he'll screw you out of at least 50 bucks. He used to come home and brag about that kind of stuff all the time. Anyway, he kicked us out because of some pretty awful stuff Marla said about the mole on his face and I'm glad she said it cause if he didn't kick us out we never would have found your place. We had been sleeping in the car but it was getting really cold at night lately so we were in search for a warm place to crash. It was Marla's idea to start driving up into the mountains. When she used to work at a  dentist's office the dentist would always talk about his house at the beach that he bought but he never has time to go to so it's always just sitting there empty. Marla says that rich people do that with beach houses a lot and Marla figured that it could be the same with houses in the mountains and since houses at the beach are so close together it might be a safer bet to find one in the woods. Plus we love the country. When we still lived at home we used to take my mother's El Camino to the desert, eat fast food and ride motorcycles in the sand dunes.

So Marla stole a map from the gas station and we started driving towards the big green spots. I read the map and Marla drove. Marla is an excellent driver. We've never been pulled over and she speeds all the time. I don't call Marla Marla. I call her Mar-Mar. Not sure why I keep calling her Marla in your guest book. I'm gonna switch now. From now on I'm going to call her Mar-Mar cause that's what I call her. Anyway, Mar-Mar drove and we got up to this neck of the woods around three o'clock in the morning Tuesday or Wednesday, but I think Tuesday. We picked your house because there were no cars in the driveway and when we looked in the windows we couldn't see anyone. We parked the car down on the main road by the tennis courts and walked back up the hill to the house. Breaking in was pretty easy. My step dad is a locksmith and he showed me how to use his tools to get into pretty much any door. I think he and my mom had hoped I was going to work for him but there's no way that was ever going to happen. I stole his tools when I left the house and they've really come in handy over the last year or so. When we got into your place we were expecting it to be nice and warm but it

KDW00148493

was freezing. We were bummed about that but happy also cause it meant no one was here for sure. It took us awhile to realize that the electricity wasn't on. We weren't going to turn on any lights just in case the nieghbors were awake but we were stumbling around in the dark trying to figure out how to turn some heat on. We found the little heater in the bathroom but it wouldn't turn on and that's when we realized that the electricy wasn't working. Mar Mar snuck around outside looking for your fuse box. She even crawled around under the porch. She's as skinny as a fence post so she can crawl almost anywhere. Eventually she found the fuse box and kicked on the electric. The heater in the bathroom started working and we grabbed all the blankets off of the beds and made ourselfs a little nest on the floor. Before too long it was really cozy and I slept for a few hours.

I woke up to the smell of burning crystal meth. I'm not sure if Mar-Mar ever slept but she was definately starting her day. She had combed her hair so she looked pretty hot. That's a weird thing about Mar-Mar. Sometimes she could look like one of Charlie's Angles and other times she looked as weird as Mr. Spock. She was blowing the meth smoke into my face and she must have been doing that for a while cause I when I woke up I was really really really awake. By the way, I don't know if you get high but if you do you have to stare at your crazy Micky Mouse blanket for a while. That thing is a trip. So many Mickeys. Looking at that blanket was a good portion of our morning. That and talking. Mar-Mar loves to talk when she's on meth. She hardly ever says a word when she's not high but when she's high she never stops. I love it. She says some really funny stuff sometimes. A couple months ago we were stealing stuff out of people's shoes at the beach and she said that it stinks when there's nothing but stink in the people's shoes. She's said other funny stuff too but I can't think of it right now. I gotta rest my hand.

Okay, I'm back. We had a pretty chill first day here except for every time we heard someone drive by Mar Mar got all freaked out. We were careful not to open any of the curtains and we crawled around on the floor so no one would see us moving around threw the curtains. Crawling around was fun but we started to get rugburns so then we started scooting around on our butts. We watched a little TV. You've got a really cool TV. I like how thin it is. We made a tent out of the Micky Mouse blanket and put it over us and the TV so no one could see the light from outside. We didn't watch too much TV though cause TV isn't really something you enjoy when you're high on meth. When you're coming down it's good to have. We like to watch Yes Dear when we're coming down. But we couldn't find Yes Dear on TV so we decided to keep smoking. You've got some really trippy stuff in your house. Especially that giant curved stick with the yarn

KDW00148493

stretched across it and a big funky twig stuck in the middle of the yarn that's hanging above the fireplace. We couldn't figure it out. Mar Mar thinks it's a giant dream catcher that caught a nightmare. I was the first one to see that wierd crystal thing that's hanging up really high in the hallway by a red piece of string. What the heck is that for? Mar Mar decided it was hippie missletoe and everytime you scooted on your butt under it the other person had to do stuff to you with their mouth. I don't know if you have kids who might read this so I'm not gonna say what we did. Anyway, everything was going pretty good for awhile but then we had a little trouble. Mar Mar was coming up on five nights of no sleep and we were both getting a little buggy. Plus Mar Mar told me that we were out of meth and that's never a great thing. We knew that we would have to head out soon to find some more and we figured we were going to have to drive for a while before we got to a town where we could score. So we decided to watch some TV under the blanket, chill out and then try to get a few hours of sleep before we headed out. We couldn't find anything worth watching and then Mar Mar found your VHS copy of a couple of episodes of Reno 911. We didn't know what that show was but then we watched it and it was the funniest thing we've ever seen. We were laughing our butts off and then I made the mistake of saying that someone on the show kinda looked like a girl we know named June. That's when the ~~shit~~ (sorry) crap hit the fan. So here's the deal with June. June is a half oriental half lesbian woman that was a bartender at a place called The Pit where Mar Mar used to be a cocktail waitress. I wouldn't hang out at The Pit too much cause the manager didn't like me on account of me stealing one of the cigarette machines one time. But I was really drunk and I brought it back the next day so he didn't press charges but he still didn't like me very much cause the side of the machine got pretty scraped up so I wouldn't hang out there unless he wasn't working. So one time he wasn't working and I was playing pool and Mar Mar was waiting tables and June was bartending. Typical Thursday afternoon. It was pretty slow so June went outside to smoke a joint and I trailed after her to see if I could bum a hit. She was cool and we smoked it down to a roach. That's when I found out she wasn't a full lesbian like me and Mar Mar had always thought but she was only half lesbian cause she started kissing on me. I was pretty messed up so I didn't push her away and then Mar Mar came outside to take out some trash and saw us. Anyway, you can imagine there was a lot of screaming from Mar Mar directed at June and then some hair pulling. Mar Mar was the one who got fired for some reason and I always felt bad about the whole thing. But Mar Mar never really yelled at me about it. Until now. I guess she's been holding on to it or maybe it got stuck in her brian somewhere and all the meth and the laughing at the Reno 911 show knocked it loose. I don't know how the head works. But when I said June's name sitting there in your living room under the Micky Mouse blanket watching TV Mar

KDW00148493

Mar got pissed. She was pissed like she just walked in on me and June kissing. She grabbed my face mid laugh and slammed it on the floor. I tried to get up but she pulled me back down to the ground and told me to stay low so the nieghbors don't see us fighting. What took place after that was about fifteen minutes of low to ground, as quiet as can be kicking, slapping, scratching, punching, eye poking and spiting. I was getting the worst of it but at one point I shoved her car keys in her dirty little teeth and I landed a pretty big sized loogie in her ear. Then, as she was slamming my head on your kitchen floor, we heard a banging on the glass sliding door behind us. I thought for sure the nieghbors had seen us and called the cops but niether of us was prepared for what we turned and saw on your porch pounding on the door. It was a ~~fucking~~ (sorry) freaking bear. A bear! The thing was big too. Mar Mar forgot all about being mad at me and she jumped into my arms. I scooted on my butt as fast as I could towards the back of your house through the hallway with Mar Mar riding me like a boogie board. Once we were in the hallway we peaked around and saw the bear take off. Mar Mar hugged me as hard as she ever had and thanked me for saving her life. She told me that she loved me and that she wanted to spend the rest of her life with me. She asked me to marry her. We kissed and then we looked up to see that we were sitting in the hallway underneath the hippie missletoe so I think you know what we did next. We celebrated all night with the meth that Mar Mar was hiding from me when she told me we were all out. We've been up for three days since then. We've been planning our wedding and we decided to start writing our vows. I went to grab the note pad by the phone and that's when I realized that this isn't a note pad it's a guest book where people who stay here write about their stay. I showed it to Mar Mar and now she's nervous that someone could be coming at any minute to rent your place so we're gonna take off. Hopefully our car is still down by the tennis courts.

I'm so happy we found your house. We really needed a vacation. We didn't want to turn on the vacuum and make a lot of noise but we crawled around for an hour or so and picked up about two or three pocket fulls of lint and dust off the floor so I'm pretty sure we left the place cleaner than we found it. Mar Mar turned the electricity off again and we never figured out how to turn on the water so we had to poop in a plastic bag but we took it with us. We're not animals.

Take care,
Tommy

KDW00148493

P.S.  The little stuffed bear on the shelf in the living room was staring at us so I faced it towards the wall.  Feel free to put it back the way it was now that we're gone.

KDW00148493

Master Date :                4/11/2012

Created Date :               4/11/2012

Last Modified Date :         4/11/2012

Relativity ID :              KDW00148493

BegAttach (Family ID) :      KDW00148493

Attachment Count :           0

File Name :                  Guest Book 5.pages

Attachment Filenames :

# EXHIBIT 6

**From:** Greg Garcia <mynameisgreg@me.com>
**Sent:** Monday, April 23, 2012 9:36 PM
**To:** Bobby Bowman
**Subject:** Re: hey

I'm out of town tomorrow until Wednesday night.  Going to Big Bear to write another Guestbook, hopefully.   But, I'm actually going to be right down by you on Friday.  I think.  I'm speaking to a class and last time they were right by your house on some studio lot.  I'm speaking at 10.  Should be done by noon or earlier.  They haven't told me yet.  You around then?

On Apr 23, 2012, at 8:40 PM, Bobby Bowman wrote:

> you gonna be in hollywood anytime?
>

1

KDW00365012

```
Master Date:  4/23/2012
Sent Date:  4/23/2012
Received Date:  4/23/2012
Relativity ID:  KDW00365012
Family ID:  KDW00365012
Attachment Count:  0
File Name:  Re: hey.msg
Attachment Filenames:
```

# EXHIBIT 7

| | |
|---|---|
| From: | Michael Fresco <cheapsuit@hotmail.com> |
| Sent: | Thursday, April 26, 2012 3:23 PM |
| To: | greg garcia |
| Subject: | RE: Guest Book 6 |

this is concerning me. Your stories are getting darker and darker. This one, from the first sentence on, is the darkest yet. Are all these people inside you?
I'm not sure where this all is headed. Hopefully to "The GuestBook Anthologies" a new TV series.
I'm totally digging each one of these stories. Populated by real people that I've never had the opportunity to meet. And would only want to meet under very specific circumstances.
I'm happy for Tim and Sandy but I wish his entry had ended with his first Good-bye "..wish me luck" Such a wild ride, it was fun to imagine how is could end.
Thanks for sending these stories. They really are a treat to read. Imagining the owner of a rental property reading any one of these entries is icing on the cake.
Mike

From: mynameisgreg@me.com
Subject: Guest Book 6
Date: Wed, 25 Apr 2012 21:41:15 -0700
To: cheapsuit@hotmail.com

Just got back from Big Bear from another adventure. Here's the story I left this time...

I'm in the middle of a bit of a crisis here but I wanted to leave some kind of record of what happened to me while I was staying at your place just in case things go sideways and my plan doesn't work. I'm going to try and be brief but since the police may need all the details to put the pieces together I want to make sure I paint an accurate picture.

Things haven't been great lately. We had a baby eight months ago and the lack of sleep has really taken a toll on my wife Sandy. I suggested that we have her parents watch our daughter Abby and get away to the mountains for some fresh air and some much needed sleep. She was against it. She blamed her hesitancy on the fact that she didn't want to leave Abby while she was still breastfeeding but I think the real reason is that she doesn't want to be alone with me for a night. We haven't slept together since Abby was born. My wife is always too tired. She also thinks the only reason I wanted to take her away was to have sex. Not true. I wanted to give her a break and then, if she felt like it, I wanted to have sex. Anyway, we fought about this for weeks until finally, with the help of her mother, I got her to agree to go away for one night. So I found your place on the internet, booked it and drove up here two days later. The drive was awful. For some reason Sandy wanted to talk about where we were going to send Abby to elementary school. She's eight months old! Did we really need to talk about this now? I wanted to listen to music and relax and she accused me of not caring about our child's education. I kept reminding myself that she's been under a lot of stress and tried to be as pleasant as possible.

We got here in about four hours and when we walked in the front door Sandy immediately let me know that she hated your place. Shocker! Sandy isn't happy! The word she kept using was shabby and she laid into me for picking it out. I liked your place. I think it's quaint and rustic. I like the colored glass on the front door, I think the picture of the men on the horses is cool and I dig the high ceiling and the loft. I give it a solid B. Anyway, I carried one suitcase the the bedroom and Sandy headed back out the the car to get the rest of our stuff. I could hear her cursing all the way from the back bedroom and when I came out into the front yard she was standing next to the open trunk just glaring at me. With teeth clinched she said: "Tell me you packed my humidifier like I told you to." I did not. And she proceeded to let me and your whole neighborhood know how upset she was about my mistake. Sandy has terrible sinuses and if she doesn't have her humidifier she is miserable and makes sure everyone else is miserable along with her.

Alright, I don't know how much time I have so I need to start cutting to the chase.

1

KDW00249141

Without her humidifier Abby wanted to go home but I didn't. So I asked Siri on my iphone where I could get a humidifier. And not just any humidifier, the kind I forgot to bring. Siri told me that the closest place was a Bed Bath and Beyond in Apple Valley and it should take me about two hours get there and back. Fine. We could use a few hours away from each other and maybe I would get out of the dog house if I showed how sorry I was by driving to buy her a new one. I left her at your house with a bottle of wine hoping that when I returned she would be drunker and happier than when I left.

Now, I had every intention to get the humidifier and head back to your house as fast as I could. But as I drove into Apple Valley I saw a sign for a place called Peaches. If you're not familiar with Peaches, it's a strip club. I'm not really a strip club guy. I've been twice before for friend's bachelor parties and I always thought they were a little gross. But for some reason I found myself staring at the sign and memorizing the directions telling me how to get there. Before I knew it I pulled into the Peaches parking lot and sat in my car staring at the front door. Maybe it was the picture of the girl on the sign. Maybe it was boredom. Maybe I wanted to hurt Sandy. Maybe I just wanted to see a woman who wasn't going to yell at me. Whatever it was, I got out of the car and went inside.

The two other strip clubs I've been to were in Las Vegas and Los Angeles, and like I mentioned, I thought they were a little gross. This one was in the heart of Apple Valley and it was disgusting. Everything in my head told me to turn around and leave but instead I ordered a coke, sat down and stared at the empty stage. The only other patron in the place was a guy in a wheel chair and he looked over at me slightly annoyed. I can only guess that he was unhappy I had infringed on his private show. My coke arrived and I tipped the waitress double so I would make a good impression. I think she said thanks but I couldn't hear her over the loud music that started to play as a woman, wearing lingerie, crawled out on stage. Now, I'm not a terribly judgmental person but I can't for the life of me figure out why this woman decided to go into the business of stripping. She looked like Flavor Flav with the flu. This was not the girl I had seen on the sign. Flavor took off her top and unleashed a pair of breasts that looked like two dress socks filled with pennies. Awful. Just awful. I politely smiled and she smiled back. Just then I felt someone brush against me as they sat in the chair next to me. She told me her name was Vivian and she talked with a slight Eastern European accent that I couldn't place. We made small talk for about twenty seconds or so before she asked me if I wanted to get a dance from her in the VIP room. I asked her what that would entail and she told me to give her forty dollars, follow her to the VIP room in the back and find out.

I don't think VIP means the same thing in Apple Valley as it does in Las Vegas or L.A. By the look of the room I'm assuming it stands for Very Infected Person. We were basically in a storage room with a couch and a lamp with a red light bulb that looks like it has been knocked over at least a hundred times. She told me to sit on the couch and I did. I've never had a lap dance before so I was going to do whatever she told me to so I didn't look like an idiot. As she walked towards me slowly she looked me right in the eyes and whispered, "Do you like feet?" "I love feet!" I quickly responded. I have no idea why I said that. I guess because I was nervous and I was just trying to be as agreeable as I could. Not that I have anything against feet. I don't hate them, but I don't love them. Then again, maybe it wasn't worth freaking out over. Maybe it was just a conversation starter. Nope. I quickly realized that saying you love feet in the VIP room at a strip club means that you have pretty much decided what your VIP experience was going to be like. Vivian kicked off her shoes and proceeded to put her feet in my lap. "Do you love my feet, Papi" This was the first time she called me Papi but not the last as that became my new nickname for the next five songs. "Um, yeah. Of course I love your feet." There was nothing else I could say. I've already declared myself, all be it incorrectly, as a lover of feet. I can't insult Vivian by telling her that I love feet but not hers. That would be rude. And the truth was, although Vivian was pushing 240 and smelled like soup, her feet were actually quite pretty. I'd go so far as to say dainty. Anyway, I don't want to get into too much detail about what happened during the next seven or eight minutes but I can tell you this, it involved feet and I'm not proud of it.

I said goodbye to Vivian and walked as fast as I could through the club, out the door and straight to my car. I was in no hurry to see Sandy so I drove slow on the one lane road up the mountain. I pulled over once to let the car behind me go past but he waved for me to keep going. He must be married too because he didn't seem to be in a hurry to get home either. Considering where I had been I thought I might feel guilty on the ride back up the mountain but I didn't. I happily listened to music with the humidifier riding shotgun. I wasn't going to beat myself up over what I did. I deserved a little fun. Even if it turned out to not really be very fun.

When I pulled into the driveway of your house and got out of the car I didn't notice the car pull up behind me until the car door shut. I turned around and was surprised to see the car that was following me up the mountain. Standing next to it was a white guy in his twenties. Skinny, long hair, a tattoo on his neck and holes in his jeans. He was holding a VHS tape. "I want to sell you something, bro." He said. "No thank you." I responded and turned to get into the house intending to lock the door and call the police. "I really think you're gonna want to buy this tape bro." I kept walking towards the house. "I don't have a VCR" I said and I got to the door. "I'm telling you, you're really gonna want to buy this tape. It's a one of a kind video, Papi." When I heard Papi I felt my stomach hit your front porch. I turned around and walked towards him. "What's the video of?" He told me that it was the security video from inside the VIP room at Peaches. Shit. Shit. Shit. Shit. Shit. I looked back at the house quickly to see if Sandy had heard me pull up. So far nothing. I started to sweat. A lot. "You don't look good. You need to sit down Papi?" I told him to stop calling me Papi. He asked if I would rather be called something else. Maybe foot sniffer or foot licker or foot humper... I cut him off and told him that I didn't even like feet. I was just being polite to Vivian. And I didn't do anything that bad. I kept my pants on even though she kept telling me to take them off. He told me that he didn't want to make any trouble for me. He just wanted to sell me the tape for 700 bucks and then he would leave me alone. I told him that I wasn't going to be blackmailed and he needed to leave. He

2

KDW00249141

pointed to the ring on my finger and asked me if I really wanted my wife to see a video of me playing this little piggy with another woman. I lied and said that my wife has no problem with me going to strip clubs and he was wasting his time. He reached into his car and honked his horn. "Let's see about that." He said, confidently. Sandy appeared at the window holding a glass of wine and wearing a towel. She was recently out of the shower and took a confused look on her face. I waved and she went back inside. I pleaded with the guy not to tell her. I told him that I only had thirty bucks cash but he can have it all if he just left. He said he wanted more and I told him I didn't have it. Sandy appeared at the door, now in a robe. Sandy: "What's going on?" I told her that the guy was from the rental company and he was just checking to make sure everything was cool. I turned my back to Sandy and told the guy that he could go into the house and take anything he wanted. Anything. Just take what he wanted and leave.

I'm sorry about that. I know I was telling someone they could rob your house but my back was against the wall.

He nodded as if he was cool with the deal and headed towards the house. He went inside walking past a confused Sandy. I told her that he needed to do a routine check of the place to make sure if everything was working. If he sees stuff that's no good he's going to take it and come back later with better stuff. She started to ask some questions but before I got a chance to answer them he came back out saying he was done. Sandy rolled her eyes and went back inside to get dressed. I asked him why he didn't take anything and he said everything in your house is crap. An old combo VCR/DVD player. A rusted old toaster. A microwave from 1980. I said I was sorry but I didn't know what else to do. I didn't have any cash. He looked at me for a beat. "Then I guess I'm going to pop this tape into that crappy combo VCR." He started to walk towards the house. Normally, I don't do things impulsively but my marriage was on the line and I found myself lunging towards him. I grabbed his arm, smacked the tape out of his hand and when it hit the ground I smashed it with my foot. It was amazing. I put my fists up expecting a fight but the guy just looked at me kinda stunned. "Papi, what did you do that for?" I told him he knew exactly why I did it and now he can't black mail me anymore. He sighed a heavy sigh and got back into his car. I stood there staring him down like Clint Eastwood as he started his car and rolled down his window. He stuck his head out. "I'll be back in about two hours with another copy of the tape. I want 5,000 bucks this time." He put the car in reverse and drove off.

My only choice at this point was to figure out how to get out of here. This guy didn't know my name. He didn't know where I live. I think he thinks I live here at your place. I was trying to come up with a good reason to tell Sandy why I wanted to leave when she called to me from the loft. I went upstairs to find her in bed, sipping another glass of wine and holding out a glass for me. I saw a look in her eyes that I hadn't seen in over eight months. We were going to have sex. Now, I know the clock was ticking against me, but if memory serves this was not going to take two hours. I would still have plenty of time to figure out a way to get out of here before that guy came back. Plus, who know when I was going to get this chance again and I was a little horny from my trip to the strip club. As gross as it all was the women were still naked and it had been a long time. We drank a few glasses of wine and slept together. It was okay. I tried some feet stuff. She didn't like it. After, she asked me to fill up the humidifier so she could go to sleep. I had about an hour before the guy would return and I needed to start thinking of a plan. As I took the humidifier down stairs, it hit me. The perfect plan. Sandy would only put bottled water in her humidifier. She refuses to breath tap. If I forgot to pack the bottled water she would be pissed at me, we would fight and she would want to go home again. This time I would agree to leave. As quietly as I could, I took the bottled water out of my suitcase and tossed it out your back door. Sandy was furious when I told her but when I suggested we just go home she pointed out that we had both been drinking and we couldn't drive. Damn. I forgot she has a thing with drunk driving. At this point I only had about forty minutes and I started to panic. The more I panicked the more we argued about the stupid water and the fight ended when she stormed out the front door saying that she was going to walk until she found a place to buy bottled water. "I'm not breathing tap!" She yelled as she stumbled down the street. I would have chased after her but I got an idea. I left the front door open a crack, grabbed your guest book, climbed up on the ceiling beams in the living room and here I am. Waiting for the guy to come back. When he does I'm going to jump down onto his back, grab the tape and smash it again. That will buy me another two hours while he goes back to make another copy of the tape. Hopefully, during that time, I can convince Sandy I'm sober enough to drive and we can get out of here before he gets back again. I'm writing all of this down just in case he gets mad at me for smashing the tape again and kills me or something. I just heard a car pull up. Wish me luck.

Your house guest,
Tim


Hey, me again.

I wanted to let you know how things worked out. It's the next morning and we're heading home. Sandy is waiting for me in the car. I told her I was using the bathroom. Anyway, last night the guy came in the front door holding the tape and when he was under me I jumped off your beams onto his back. As we fell to the ground he hit his head pretty hard on the brick fireplace and knocked himself out. I grabbed his car keys, threw him over my shoulder and locked him in his trunk. Sandy came back with bottled water and we had sex again. This time she got into the feet stuff a little more. I think that might be a new thing for us. Don't worry about the guy. He's still alive cause when Sandy was taking a shower I went out and talked to him through the locked trunk. He's really pissed but he's fine. I'm gonna pop open his trunk with his key remote as we drive off so he'll be able to get out.

3

KDW00249141

Take care,
Tim


P.S.  I thought I saw a worm in the utensil drawer.

KDW00249141

```
Master Date:  4/26/2012
Sent Date:  4/26/2012
Received Date:  4/26/2012
Relativity ID:  KDW00249141
Family ID:  KDW00249141
Attachment Count:  0
File Name:  RE: Guest Book 6.msg
Attachment Filenames:
```

# EXHIBIT 8

May 1, 2012 - 5:00 pm

By the time you read this I'll be dead. Whoever you are, I take pity on you that you had to be the one to discover this letter but it felt wrong to kill myself in your home without an explanation of why I did so. So I have decided to leave an explanation in your guestbook. My name is Jacob Miller and I live in Lancaster Pennsylvania. I mean, I used to. I left home a month ago. I don't know if you know anything about Amish people but when we're 16 we do something called Rumspringa. That's when we venture away from home and go out in the world to experience all the things we have been forbidden to experience as Amish people. Wearing non-traditional clothing, watching TV, listening to radio, driving cars, using alcohol and drugs, etc. The idea is that after we experience those things we come back to our community where we get baptized into the church and then we can never do any of those things ever again. I was really scared to leave home for Rumspringa. Most people return, but some of them don't and I didn't want to be one of the people who didn't come back. However, it's something that must be done. It's a tradition. I think Uncle John was the reason I was so nervous. He used to tell me all kinds of tales about how evil the outside world was. How the English (that's what we call non-Amish people) were horrible people who will rob and beat you. The day I left, Uncle John gave me one of his hunting pistols to use as protection. He didn't give me any bullets because he said I just needed to wave it around if I got in trouble. I took it, but I shoved it in my traveling bag and planned on letting it stay there until I returned home.

Most of the children leave the community and then live in houses with each other. That way it's less scary than just heading out blindly into the English World alone. Life at much of the houses is quite similar to life at home except they have electricity, television and radio. However, other houses took great pride in breaking all the covenants. They drank alcohol, used drugs and participated in premarital sex. My friend Samuel went to live at one such house. He's been talking about Rumspringa since he was eight and I wouldn't be surprised if he never goes back to the Amish community. He tried to get me to stay with him and to use drugs and alcohol but I decided to live with my cousin Hannah. Hannah lived with two other girls and a boy named Isaac. We spent much of our time listening to music and watching TV shows and feature films. I've learned so much in the last month. I can see why the elders send us out into the English World. There is so much to see. Good and bad. I've watched TV. I like something called Wipeout very much. And I saw a film called Harold and Maude that I liked. But most of the shows are about people yelling at each other and I don't care for those. Plus, the root beer in the English World isn't as good as it is at home. The most amazing thing I've experienced is the music. Isaac gave me a compact disk made by a singer named Eminem. He's amazing. I'm sure you know this but he talks quite rapidly to extremely catchy music and I find myself really getting a thrill out of it. I don't understand everything he says but I'm learning more and more every time I concentrate real hard and listen. Then, two weeks ago, Isaac showed me a feature film that was about Eminem's

KDW00148494

life in which Eminem played himself. There was a woman in the film that was the most beautiful woman I've ever seen in my life. As I watched her I knew that God sent me on Rumspringa to figure out my purpose. I knew that he guided me to live with my cousin and to meet Isaac. And then he guided Isaac to introduce me to Eminem, to watch the feature film 8 Mile and to fall in love. I knew what God wanted me to do. God wanted me to to find her and make her my wife.

Isaac said that actresses live in Hollywood California so I bought a bus ticket and after five very long days riding on a bus that made me long for my horse and buggy I was walking through the town of Hollywood. I found a man who was selling maps to the stars residences and I showed him a picture of the actress I was looking for. The man informed me that the actress, Brittany Murphy, had passed away a few years ago. I was devastated. Why would God send me all the way to California to find the woman of my dreams only to rid this world of her? I spent a few days wandering around the city asking God what he wanted me to do next. Then he spoke to me. He told me that I could still be with Brittany. Brittany was with him, in Heaven, and he wanted me to join them.

That's what brought me here. I saw picture of Big Bear Lake in a magazine called LA Weekly. It looked like a nice place. All the trees and the grass and the mountains. It looked like home. If I was going to leave this earth I wanted to do it in a place that felt like home. So, I figured out how to get to Big Bear Lake. It's not easy if you don't have a car. You have to take the Metrolink San Bernardino line to the San Bernardino station and transfer to a Mountain Area Regional Transit bus. Eventually I made it and found my way to a place where you can rent houses. I looked at some pictures and I picked your home because it reminded me of the houses we used to build each other in Lancaster and it was all I could afford. It was a long walk to the house but I didn't mind it at all. It was so peaceful around here compared to Hollywood and I was looking forward to meeting Brittany in heaven.

So, here I am sitting in your living room with Uncle John's pistol and some bullets I bought at a place called Lock Stock and Barrel when the bus stopped off in Victorville. Don't feel bad for me. I'm going to be with the woman I love. This is God's plan.

See you on the other side!
Jacob


May 1, 2012 - 5:30 pm

Alright, well things didn't go exactly as planned. I went to put the bullets in Uncle John's pistol only to find that he had filled all the holes where the bullets go with cement. I can only imagine he did that to protect me. But why would God let him do that when

KDW00148494

I'm supposed to be with my true love. However, this turned into a good thing when I realized I hadn't written my last will and testament yet. So here it is.

I leave my black pants to Samuel.

I leave my black shirts to Isaac.

I leave my white shirts to Matthew.

I leave my black hats to Uncle John.

I leave my hoop and stick to my cousin Ruth.

And I leave my horse whip and my shovel to the community.

Okay, that's it. I'm going to slit my wrists in the master bedroom with a big knife I found in your kitchen.

See you on the other side!
Jacob


May 1, 2012 - 8:30 pm

I couldn't do it. I kept looking at my wrist and the knife and thinking about how much blood there was going to be and I didn't want to soil your bed covers and your woven carpet. I thought about doing it outside but I assume this place is called Big Bear because there are big bears around and I didn't want to have bears tear apart my dead body. So I sat in your bathtub and planned on doing it in there. But then I saw the little butterfly stickers you have on the bottom of the tub so you don't slip and fall and I thought that the blood would get on those and be hard to get out. I didn't want to ruin your tub butterflies. So, slitting my wrists was out. I walked down to the Walgreens and bought some Tylenol PM. The box says to take two so I'm going to take all twelve of them and drift off to heaven into the waiting arms of Brittany Murphy. That sounds better than slitting my wrists anyway.

See you on the other side!
Jacob



May 2, 2012 - 4:00 pm

I can tell you this. I can tell you that I've never slept so good in my whole life. 19 hours. I guess twelve pills isn't enough to kill you. Seems crazy. Seems like twelve should do the trick. Anyway, I'm glad that it didn't work because I wanted to say something to my mother. If you could get this note to her I would appreciate it.

Mother,

I'm the one who broke your butter churn five years ago. I'm sorry.

Love,
Jacob

Okay, I've decided to fill the tub up and jump in holding your toaster. It's actually kind of poetic. An amish boy literally killed by electricity.

See you on the other side!
Jacob

May 2, 2012 - 5:00 pm

What the heck? Your toaster has a cord that's only a foot long. The outlet in the bathroom is at least five feet away from the tub. I tried heating it up, unplugging it and then jumping in the tub with it but it didn't shock me at all and now your toaster is broken. I think. Maybe it will work again once it dries off. I don't know. I don't know a lot about toasters.

I'm not going to lie to you, I'm starting to get frustrated. Why is God making this so hard?

I'm going to drink some stuff that's under your sink.

See you on the other side!
Jacob

May 2, 2012 - 6:40 pm

I couldn't keep it down. I drank some carpet cleaner but I threw it up right away. It burned my throat quite a bit and then some.

KDW00148494

I don't think your roof is high enough to jump off of and I tried turning the gas on in the kitchen but I think its too drafty in here for that to work. It just made me giggle a lot. I really didn't want to hang myself but that's starting to look like my only option left. I hear that when you hang yourself you poop your pants. I really don't want to poop my pants. Especially since I know God is watching. But since it looks like the only way I'm going to be able to join Brittany in heaven I'm gonna go for it. Unfortunately you don't have any rope and I already searched for an extension cord when I was in the bathtub with the toaster. You don't have a lot of stuff in your home. It's pretty barebones. I like it. You'd be a good Amish. You can't join but if you could you'd be good.

Anyway, I'm going to tie a sheet to the door knob leading out the upstairs deck, tie the other end of the sheet around my neck and then jump down the stairwell in the living room.

See you on the other side!
Jacob

May 2, 2012 - 8:50 pm

I'm pretty sure I broke my leg. The sheet slipped off the doorknob and I fell onto the stairs and my leg got tangled up behind me. I've been laying on the ground in agony for the last hour or so. And while I was laying there I had a vision. God came to me. He told me that the reason he was making this so hard for me was because he was testing me. He wanted to see if I was willing to kill myself but he didn't really want me to do it. He told me that I had proved myself and that he would reward me with my real true love. He said that Brittany wasn't my true love and he had put my real true love on earth. He said I would know her when I saw her. God is awesome. I'm going to try and crawl down to the Urgent Care place on the main road to see if they can help me out.

Happy to be alive!
Jacob

May 2, 2012 - 11:00 pm

Before I forget, the toaster dried out and is working just fine.

As for me, I made my way halfway to the Urgent Care when a nice woman stopped and gave me a ride. At first I was worried she might be my true love that God was talking

KDW00148494

about. She was in her late sixties and way too old for me. Still, I put my hand on her knee to make sure she wasn't sent to me by God and thankfully she swatted it away so I breathed a sigh of relief. But she dropped me off at the Urgent Care where they set my leg back in place and gave me a cast. They also gave me a medicine called oxycontin. I don't know if you've ever had the medicine oxycontin but it's amazing. Wow. I've never felt better. I don't know if you've ever had the medicine oxycontin but it's amazing. Wow. I've never felt better. Anyway, they called me a cab and I came back to your place and turned on the TV. I flipped around for awhile and then found something called The Brady Bunch. I loved it as soon as it came on. It was so colorful and the people were all smiling at each other and saying humorous things  It was like a colorful, more humorous version of home. Then I saw her walking down the staircase and my heart jumped out of my body. Marcia. God sent me Marcia. She's beautiful and she's exactly my age. Tomorrow I'm hoping back on a bus to Hollywood and I'm going to find her.

Thanks for letting me stay at your place!
Jacob

P.S. The little painting in your bathroom of a bear going into an outhouse that says "Bear Bottoms Welcome Here" is about the funniest thing I've ever seen. I can't wait to tell Marcia about it.

KDW00148494

Master Date :                5/2/2012

Created Date :               5/2/2012

Last Modified Date :         5/2/2012

Relativity ID :              KDW00148494

BegAttach (Family ID) :      KDW00148494

Attachment Count :           0

File Name :                  Guest Book 7.pages

Attachment Filenames :

# EXHIBIT 9

**From:**          Greg Garcia <mynameisgreg@me.com>
**Sent:**          Saturday, May 19, 2012 4:54 PM
**To:**            Bobby Bowman
**Subject:**       Re: Beach house


I left you a message but I'm sure you're busy.

I'm going to write a guest book entry for my book on Monday night when I'm at the beach house and I usually write those when I'm all alone in the house.  It's part of my routine.  I like being in an empty house and walking around while I write it figuring out what could have happened.  Do you mind coming up on Tuesday morning instead?  That's when Pennie is coming up.



On May 19, 2012, at 4:45 PM, Bobby Bowman wrote:

> Thanks!!!
>
> Sent from my iPhone
>
> On May 19, 2012, at 9:43 AM, Greg Garcia <mynameisgreg@me.com> wrote:
>
>> We'll bring an air mattress and sleeping bags just in case.  The kids might want to all crash together.  We'll just have to see what the layout is like

1

KDW00365438

```
Master Date:  5/19/2012
Sent Date:  5/19/2012
Received Date:  5/19/2012
Relativity ID:  KDW00365438
Family ID:  KDW00365438
Attachment Count:  0
File Name:  Re: Beach house.msg
Attachment Filenames:
```

# EXHIBIT 10

| | |
|---|---|
| **From:** | Michael Pennie <michaelpennie@yahoo.com> |
| **Sent:** | Tuesday, July 3, 2012 2:21 PM |
| **To:** | Greg Garcia |
| **Subject:** | Re: Guest Book 8 |

My favorite part is that I'm sure you actually counted all that stuff and anyone who reads it might find it irresistible to count a few of the things to make sure.

Sent from my iPhone

On Jul 3, 2012, at 1:06 PM, Greg Garcia <mynameisgreg@me.com> wrote:

What a cool place! You have 288 VHS movies upstairs and 70 VHS movies in the bedroom closet. You have 151 DVD movies. 12 big spoons. 11 little spoons. 8 little forks. 12 big forks. 12 knives. The kitchen has 11 cabinet doors and 5 drawers. There are 10 chairs in the house and 2 stools. The deer antlers on the wall has 9 points. There are 7 lamps. There are 7 clocks or other things that will tell you what time it is. There are 22 long matches in the match holder by the fireplace (But one has been used) You have 20 place mats and 5 things to use to pull hot things out of the oven. There are 12 framed pictures on your walls. You have 19 plates including decorative ones. Animals are depicted 37 times in various art around your home. There are 21 pieces of plastic food in the basket in the kitchen, but that's counting the bunch of grapes as one piece which feels like cheating.

My name is Adam and I love to count. Always have. It's kind of my thing. Anyway, I came up here because of a woman I work with, Gillian. We work at a sewing machine factory in the accounts receivable department. I've worked there for 5,435 days and Gillian has worked there for 3,243 days. I fell in love with her the second she walked in the door and handed me her resume. She's quite a bit younger than me. 26 years, 14 days, 6 hours and 5 minutes younger. But I'm very young at heart. I love doing young things like being on the internet and listening to popular music. The internet was where I found out the exact day and time Gillian was born. I wanted to ask out Gillian for a really long time but I was way too nervous. Every time I walked over to her cubicle to ask her I chickened out. 21 times. 246 times if you count just getting out of my chair and sitting back down. So I made a deal with myself. I promised myself the next time she wore her blue sweater and her grey pants I would ask her out. And if I didn't ask her I would have to pull out all my arm hair. Over the next couple months she wore the blue sweater three times but with red pants or a skirt. She wore the grey pants a lot but never with the blue sweater. It was almost like she knew. Then, exactly 207 days after I made the bet with myself, she walked into work wearing the blue sweater and grey pants. I thought I was going to have a heart attack. I spent most of the morning trying to psyche myself up in my cubicle. My cubicle is one of the larger ones in the office. I watched a lot of inspirational things on Youtube including Kurt Russell's locker room speech in the movie Miracle and something called "Maybe, The Most Inspirational Video Ever." After lunch I made my way over to her cubicle and even though I felt like I was going to throw up I was as ready as I ever was going to be. When I rounded the corner into her cubicle you could have knocked me over with a mouse fart. She was wearing the grey pants but she was wearing a white t-shirt instead of the blue sweater. I asked her what happened to her sweater and she said that she spilled something on it at lunch so she changed. Then I noticed the sweater was folded on her desk. I didn't know what to do so I asked if I could borrow her stapler and went back to my cubicle. Was I supposed to ask her out if she wasn't wearing it at the time? Or was I just supposed to ask her out anytime after she wore it? I couldn't come to a conclusion so I went home and pulled out all the hair on my left arm. It was the only thing that seemed fair. The next night I pulled all the hair off my right arm too but that didn't have anything to do with the bet. I just thought it would look less weird to have two bald arms instead of just one. It turned out that both looked weird so I just wore long sleeves for a while.

Anyway, 603 days went by and I still hadn't asked her out and I was starting to worry she might find someone else to be her boyfriend. Theo from accounts payable cut her a really nice corner piece of his birthday cake last week and something tells me that wasn't an accident. I think Theo is looking to make a move. So I had no time to waste. I knew I needed to do something big. A grand romantic gesture. Then it hit me: A surprise party for two. I sent her an Evite for a party I was having at my house in the mountains. I made up a bunch of random fake email addresses and sent them Evites as well so Gillian would think that I was inviting a bunch of people. Then I went on line and found your place to rent. I got up here and put up a few pictures of myself so the place looked like it was mine. I also brought 93 candles. Bought out the entire Rite Aid. And now I'm waiting for her to show up. On Evite she was a "maybe" so fingers crossed! Oh, I was killing some time earlier so I popped in one of your VHS movies and 43 minutes and 18 seconds into the movie it switched to homemade pornography. I don't know if that's you guys in the video but it was definitely filmed in the downstairs bedroom. I recognized the geese on the wall above the bed. I rewound the video and put it back where I found it.

I just heard a car pull into the drive way. Wish me luck.

1

KDW00250250

Adam

P.S.  Well, I went outside and sure enough, it was Gillian.  As I smiled and hurried over to the car I saw that Theo was sitting in the front seat with her.  Gillian said she hoped it was alright that she brought Theo and I just kind of stared at her for a few seconds.  I told her it was fine but then quickly made up a lie that I had to cancel the party because my brother was killed in a motorcycle accident.  I told them that I was just hanging out letting the party guests know it's canceled and then I have to go officially identify the body.  Theo asked me why I didn't just tape a note to the door.  I told him, Because that would be rude, Theo.  People drove all the way up to my house in the mountains for a party.  I'm not leaving a note.  My brother's not going anywhere.  He can wait.  It's called manners."  I'm not sure if Gillian was impressed with how I put Theo in his place or not but she said she was really sorry about my brother dying and they took off.  I came back inside and started blowing out candles.  I'm probably just going to watch a movie (not the pornography!!!!!) and go to bed.

P.P.S.

So, I'm in my pajamas and under the covers when there's a knock on the door.  I was startled to say the least.  I grabbed the decorative wooden oar hanging in the bedroom to use as a weapon if needed and headed up the stairs.  I asked who it was and a woman's voice said her name was Cindy and she was there for the party.  I opened the door and asked her what party was she talking about.  She told me that she got an Evite but she didn't reply because she didn't know who the host and the party was kind of far away.  Then she said, "But then I thought, what the heck, I'm not doing anything tonight.  I should just go.  So here I am.  Is the party over?"  I told her the party was all made up and explained that I must have typed her email address randomly when I was making up the fake guest list.  She was confused but after I explained the whole thing she said she was sorry and that Gillian just blew a great chance to hang out with someone she thinks seems like a pretty wonderful guy.  I thanked her and she asked me if she could come in and hang out for awhile.  I told her that I didn't think that was a good idea and shut the door.  She was really ugly.

P.P.P.S

There are 56 plastic grapes in the bunch of plastic grapes in the basket in the kitchen.

2

KDW00250250

**Master date:** 7/3/2012

**Sent date:** 7/3/2012

**Received date:** 7/3/2012

**Relativity ID:** KDW00250250

**BegAttach (Family Id):** KDW00250250

**Attachment count:** 0

**File name:** Re: Guest Book 8.msg

**Attachment filenames:**

# EXHIBIT 11

### Guest House – Showtime

I like to do some strange shit to keep myself entertained. During the writer's strike I worked at Burger King and gave a woman 10,000 dollars. I thought I would write a book about doing that a bunch of time but I ended up using the experience to inspire me to write the pilot Super Clyde.

Another odd thing I've been doing is, I rent vacation houses when I need a quiet place to go and write. About two years ago I was working, I had writer's block so I grabbed the guest book and started writing. When I was done I had written a 22 page story about something crazy that had supposedly happened in their vacation home. Since then I've done it nine times and I have nine very different somewhat twisted short stories.

And the stories are all over the map. I tried very hard to make them each very different. **Everything from a religious older couple** who is hosting Thanksgiving for their adult children and they drugged their son's atheist girlfriend and secretly baptize her in the home's indoor hot tub. **To a couple of meth heads** who break into the vacation home but have such a marvelous time they feel compelled to write about them.

So, now I want to do what I do best. I want to make it a TV show.

So what's the show?

This is an anthology show. Think Twilight Zone. American Horror Story. Only funnier.

The main character is a vacation rental house in the mountains or the beach. If we wanted, it could change from season to season. Season one the house in the mountains. Season two it's another house at the beach.

Each week we tell the story of what crazy thing happened to the people renting the house. And of course by being on Showtime we allow ourselves to get a great cast each week that wouldn't normally commit to a series.

But in an effort to have some constants for audience members to latch onto we would have some recurring characters we see from time to time, if not every week. Such as...

1) The family that lives next door to the house all year round. If it's in the mountains this could be a white trash type family who is always somewhat nosey or always having their own drama going on.

2) The semi-retired old couple who runs the rental office where you pick up your key or call if you have a problem with something in the house. There is a couple like

KDW00148487

this up at the Pine Mountain resort in Frazier park and they're hilarious. They bad mouth each other constantly.

3) The pizza delivery guy.

4) We may even see the family who owns the house every six episodes or so when they come up to use their own place.

Anyway, that's basically it. It's a basic premise. A way to tell twisted, funny cinematic short stories (very Cohen brothers) with great casts, great writers and great directors. My plan would be to write all of these at first but I can see it being something where we get some really cool writers to write episodes. Since the format is fairly loose you could get David Sedaris or Steven King or anyone great to join in the fun once it's up and running.

I'm going to leave you with the nine stories I've already written. As written, some of them instantly lend themselves to being filmed more than others, but I have ton of ideas on how to turn them all into great half hours of TV. Through the use of flashbacks and other devices we won't be just shooting in the vacation home. We'll get to now the characters we're meeting and get to tell their whole story.

Once you read the stories I get into more detail of things I want to do. Such as how to interweave things from various stories to keep the audience rewarded for watching every episode. But I don't want to get into too much detail because I don't want to ruin the stories you're about to read.

So that's it.

Master Date :              9/3/2013

Created Date :             9/3/2013

Last Modified Date :       9/3/2013

Relativity ID :            KDW00148487

BegAttach (Family ID) :    KDW00148487

Attachment Count :         0

File Name :                Guest Book - TV
                           Pitch.docx

Attachment Filenames :