**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Diana Meynart-Hanzel et al., <br><br> Plaintiffs, <br><br> v. <br><br> Turner Broadcasting System, Inc., et al., <br><br> Defendants. | Case No. 1:17-cv-06308 <br><br> Honorable Judge Harry D. Leinenweber <br><br> Magistrate Judge Mary M. Rowland |

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants CBS Broadcasting Inc., Turner Broadcasting System, Inc., Gregory T. Garcia and Alix Jaffe (collectively, "Defendants") hereby request that the Court take judicial notice that certain elements are common and standard to previously published creative works.

Defendants respectfully seek judicial notice of facts not reasonably in dispute, from publicly available sources, which show that the allegedly similar elements which form the basis of Plaintiffs Diana Meynart-Hanzel and Michael David Slowik's ("Plaintiffs") Complaint are generic elements that have appeared in many other publicly available works. Namely:

> It is not subject to reasonable dispute that entertainment works have long featured vacation rental properties, the ever-changing guests who rent such properties, and the resulting interactions which are comedic.

The fact that these elements are commonplace in many prior films, television programs and literary works is not subject to reasonable dispute, and their use is generally known within the territorial jurisdiction of the Court and is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Thus, judicial notice is appropriate here.[1]

---

[1] Defendants have filed, concurrently herewith, a motion to dismiss Plaintiffs' Complaint on the grounds that, as a matter of law, Plaintiffs cannot establish that *The Guest Book* is substantially similar in protected expression to Plaintiffs' three *B&B If These Walls Could Talk* works. To grant the motion, the Court need only compare the works at issue. The works themselves independently demonstrate there is no substantial similarity as a matter of law. Defendants submit this request for judicial notice to support further the inevitable conclusion that none of Plaintiffs' alleged similarities are protectable under the Copyright Act because they are commonplace, generic, stock elements.

Other elements to which Plaintiffs claims entitlement – such as the oft-used phrase "If These Walls Could Talk" and the appearance of "pot brownies" – are also commonplace in entertainment works.

I. **THE COURT HAS AUTHORITY TO TAKE JUDICIAL NOTICE OF GENERIC ELEMENTS COMMONLY USED IN CREATIVE WORKS PRIOR TO PLAINTIFFS' CREATION OF THEIR WORKS**

Rule 201 of the Federal Rules of Evidence provides that a court may take judicial notice of a fact "not subject to reasonable dispute" that is "generally known within the trial court's territorial jurisdiction." Fed R. Evid. 201(b)(1).

Courts frequently take judicial notice of generic elements that are prevalent in creative works. *See Wavelength Film Co. v. Columbia Pictures Indus.*, 631 F. Supp. 305, 307 (N.D. Ill. 1986) (finding plaintiff's premise of "an alien trying to return home [being] pursued by hostile governmental authorities and rescued by friendly humans" and the attendant characteristics of such works are, "as a matter of law, simply too general to be protectible"); *Incredible Techs., Inc. v. Virtual Techs., Inc.*, 400 F.3d 1007, 1012 (7th Cir. 2005) (incidents, characters or settings which are standard in the treatment of a given topic . . . "are not protectible by copyright") (*citing Atari, Inc. v. N. Am. Philips Consumer Elecs. Corp.*, 672 F.2d 607, 616 (7th Cir. 1982), *superseded on other grounds by amendment,* Fed. R. Civ. P. 52(a), *as recognized in Scandia Down Corp. v. Euroquilt, Inc.*, 772 F.2d 1423, 1429 (7th Cir. 1985)); *Zella v. E.W. Scripps Co.*, 529 F. Supp. 2d 1124, 1129 (C.D. Cal. 2007) (taking judicial notice of the fact that a host, guest celebrities, an interview, and a cooking segment are common elements in television shows because "these elements are generally known and can be verified simply by watching television for any length of time"); *Pelt v. CBS, Inc.*, No. CV-92-6532 LGB (SHx), 1993 U.S. Dist. LEXIS 20464, at *7-8 & n.3 (C.D. Cal. Oct. 25, 1993) (taking judicial notice of fact that nearly every television talk show has elements of a moderator, a topic for discussion and guests, and stating

that such elements therefore do not receive copyright protection); *Walker v. Time Life Films, Inc.*, 615 F. Supp. 430, 438 (S.D.N.Y. 1985), *aff'd,* 784 F.2d 44 (2d Cir. 1986), *cert. denied*, 476 U.S. 1159 (1986) (taking judicial notice "that members of the New York Police Department are often portrayed as Irish, smokers, drinkers, and third or fourth generation police officers"); *DuckHole Inc. v. NBC Universal Media LLC*, No. CV 12-10077 BRO (CWx), 2013 U.S. Dist. LEXIS 157305, at *8-9 (C.D. Cal. Sept. 6, 2013) (taking judicial notice of "common elements of a veterinary hospital which include the setting that contains an operating room, examining room, a lobby, and pets"); *Willis v. Home Box Office*, No. 00 Civ. 2500 (JSM), 2001 U.S. Dist. LEXIS 17887, at *5 (S.D.N.Y. Nov. 2, 2001) ("[I]t does not strain the concept of judicial notice to observe that books, movies and television series are full of . . . unethical men and women in a variety of businesses.").

In light of *Wavelength*, *Incredible Technologies*, *Zella* and the other authorities above, this Court similarly has authority to take judicial notice of the fact that certain elements are commonplace and prevalent in creative works, and should do so here.

**II.    ENTERTAINMENT WORKS INVOLVING VACATION RENTAL PROPERTIES AND INTERACTIONS WITH AND BETWEEN THE GUESTS AT SUCH PROPERTIES CAN BE FOUND IN NUMEROUS PRIOR WORKS**

Creative works involving storylines and materials featuring vacation rental properties and the ever-changing guests who rent such properties, and the resulting interactions which are often comedic, are prevalent and have been around for centuries.

1.    *Newhart* (first season) (1982-83), submitted herewith as **Exhibit A** (manually filed; *see* Notice of Lodging.)  This situational comedy takes place at The Stratford, a charming, cozy and secluded inn that is one of the oldest inns in Vermont. (Ep. 1 at 1:20.) The Stratford, which consists of seven guest rooms, is painted white, features a picket railing front porch and is surrounded by lush shrubbery and a green lawn. (Ep. 1 at 0:43, Ep. 15 at 2:44 (7 room keys on

3

hooks).)  The cast of recurring characters includes Dick and Joanna Loudon, a husband and wife who own and operate the inn, and handyman George Utley.  (Ep. 1 at 2:56; *see generally* Ep. 1.)  New guests arrive each episode of the series and the story unfolds around their humorous interactions with the inn staff.  (*See generally* Eps. 1-22.)  One such guest is an unfunny comic who visits the inn to jump-start his career and leaves with an idea to open his own club where he can revive his stand-up act and career.  (Ep. 15 at 5:38, 8:00, 8:47, 9:40, 14:36, 16:48; 21:11.)

   2. *Fawlty Towers* (1975-79), submitted herewith as **Exhibit B** (manually filed; *see* Notice of Lodging.)  This situational comedy takes place in Fawlty Towers, a fictional hotel in the seaside town of Torquay on the English Riviera.  (*See generally* Eps. 1-2.)  The fictional hotel in *Fawlty Towers* is painted white and surrounded by lush, green grass.  (Ep. 1 at 0:01 & 14:25.)  The recurring characters are Basil Fawlty and his wife Sybil, both with British accents, who own and operate the hotel, a chambermaid, Polly, and Spanish waiter, Manuel.  (*See generally* Eps. 1 and 2.)  Each episode of the show features new guests and the humorous interactions between the guests and the hotel staff.  (*See generally id.*)  Guests at the hotel interact with one another and dine together in the hotel's dining room.  (*E.g.*, Ep. 1 at 9:12.)

   3. *Happiness of the Katakuris* (2001), submitted herewith as **Exhibit C** (manually filed; *see* Notice of Lodging.)  This film features a family that purchases a large, old home that they convert into a bed and breakfast.  The bed and breakfast is intimate and secluded, and is painted white, with a red roof and picket railing front porch, surrounded by green grass and trees.  (5:47, 8:21, 1:20:25-1:23-17.)  Throughout the film, new guests arrive and provide comic relief and humorous interactions.  (16:00-17:31, 40:05-40:40, 53:08-54:15, 58:09-59:46.)  Those guests include a couple seeking intimacy who show up at the bed and breakfast and begin having sex almost immediately.  (40:05-40:40, 41:34-50, 42:38-42.)  The film features unlikely and

4

comical dance scenes – one after discovering the body of a guest who perished, and another featuring the entire family and the deceased guests, who are now zombies. (21:50-23:02, 1:27:33-1:29:38.)

4. *California Suite* (1978), submitted herewith as **Exhibit D** (manually filed; *see* Notice of Lodging.) This film unfolds primarily inside the Beverly Hills Hotel, an elegant, exclusive and secluded hotel in Los Angeles. (7:45.) *California Suite* focuses on five couples staying at the Beverly Hills Hotel concurrently and the guests' interactions, which range from sarcastic to borderline slapstick: (1) an ex-husband, played by Alan Alda, shows up at the hotel room of his ex-wife, played by Jane Fonda, and the pair exchange sarcastic quips until they leave for lunch several minutes later (10:35-14:15); (2) when two doctors, played by Richard Pryor and Bill Cosby, and their wives are stuck in a car following a car accident, the doctor played by Pryor quips: "I can't move. My legs are paralyzed . . . . not from the car; from sitting in a Japanese restaurant" (54:10); and (3) after the wife of a husband, played by Walter Matthau, shows up at his hotel room while a young, blonde woman is sleeping in his bed, the husband spends several minutes manipulating and dragging around the young woman's body to avoid his wife discovering the young woman in the bed (1:17:12, 1:20:10-1:27:13.)

5. *Plaza Suite*, by Neil Simon (1969), submitted herewith as **Exhibit E** (manually filed; *see* Notice of Lodging.) This three-act play is set in the Plaza Hotel, a luxury hotel in New York overlooking Central Park. (*See* pp. 8, 9.) The play tells the story of three couples successively occupying one particular suite at the Plaza Hotel. In one such story, a successful Hollywood producer seeks to spice up his sex life by initiating a romantic rendezvous with his high school girlfriend, a married mother of three who now lives in New Jersey. (*See* pp. 50, 55, 57, 58, 65-67.)

5

6. *London Suite*, by Neil Simon (1996), submitted herewith as **Exhibit F** (manually filed; *see* Notice of Lodging.) This play is set in an old but fashionable hotel in London, similar to the Connaught Hotel. (*See* Playbill before p. 7.) *London Suite* consists of four one-act plays telling the story of four successive occupants of a suite at the Plaza Hotel. (*Id.*) In one such story, a guest holds his financial manager at gunpoint inside the suite in an attempt to get the financial manager to confess that he stole the writer's money and was attempting to flee the country. (*See* pp. 7-22.)

7. *The B&B Chronicles*, by David Dom-Estos (2011), submitted herewith as **Exhibit G** (manually filed; *see* Notice of Lodging.) *The B&B Chronicles* tells the story of the events that unfold after the narrator and his wife decide to convert their five–six bedroom bungalow into a bed and breakfast. (P. 11.) Almost immediately, the narrator's wife divorces him and he is left to run the bed and breakfast by himself. (P. 12.) The book features the owner's humorous interactions with the array of guests who visit the bed and breakfast. (*See generally*, Ex. F.)

8. *Bed & Breakfast Blues*, by Susan Ralph (2010), submitted herewith as **Exhibit H** (manually filed; *see* Notice of Lodging.) In this novel, a niece goes to work for the summer at a bed and breakfast owned by her aunt, who converted it from a house she inherited after her mother passed away. (P. 11.) The bed and breakfast fronts the ocean at Cameron Beach on the Carolina coast, and was featured on the cover of a travel magazine. (Pp. 11, 18.) One of the prominent characters is a handyman who works at the bed and breakfast. (*E.g.*, pp. 14-15.) Guests at the inn eat together in a common dining area. (*E.g.*, pp. 21, 102.) The niece has a dog named Bowser that she takes with her to the bed and breakfast and to which she often speaks. (Pp. 63-64, 65, 68, 84, 93, 124-25.) There are also several dance scenes, the first of which sees the niece unexpectedly entered into a dance competition with the handyman. (*E.g.*, pp. 28-31.)

6

9.  *The Bed and Breakfast on the Beach*, by Kat French (2017), submitted herewith as **Exhibit I** (manually filed; *see* Notice of Lodging.) In this novel, three female friends decide to pool their money together – including money bequeathed to one by her "surrogate mum" – to buy a bed and breakfast named Villa Valentina. (Pp. 14-16.) Villa Valentina is a gorgeous bed and breakfast on a remote Green island well off the beaten track. (Prologue & pp. 16, 51.) Shortly after the friends open Villa Valentina for business, guests start to arrive, including a rock band that was successful decades earlier. (Pp. 109-113, 146, 163-65.) The band performs a new song that is written during their stay at Villa Valentina and inspired by the lead singer's brief flirtation with one of the proprietors of the bed and breakfast. (P. 310.) The novel also features an unlikely dance scene in which a man throws pebbles at the window of one of the proprietors at 2:00 a.m. so the two can dance together. (Pp. 245-250.)

10. *Night Unto Night* (1949), submitted herewith as **Exhibit J** (manually filed; *see* Notice of Lodging.) This film focuses on a woman who rents out her oceanfront home after her husband dies. (2:55.) At various times during the film, the woman's deceased husband speaks to her. (8:05, 47:32.) The elegantly appointed home abuts the sand and is surrounded by trees. (1:17, 4:10.)

11. *The Canterbury Tales*, by Geoffrey Chaucer (late 14th Century), submitted herewith as **Exhibit K** (manually filed; *see* Notice of Lodging.) *The Canterbury Tales* is a collection of 24 stories of 29 travelers who stayed at the Tabard Inn in preparation to go on a pilgrimage to Canterbury Cathedral. (Prologue, p. 3.) *The Canterbury Tales* demonstrates that

7

entertainment works telling stories about the guests who frequent an inn have existed for centuries.[2]

### III. THE INGESTION OF POT BROWNIES HAS LONG BEEN FEATURED IN ENTERTAINMENT WORKS

Entertainment works commonly feature storylines involving characters ingesting pot brownies.

1. *That '70s Show* (season two, "Garage Sale") (1999), submitted herewith as **Exhibit L** (manually filed; *see* Notice of Lodging.) Teenager Steven Hyde bakes a batch of pot brownies for a garage sale, but loses track of them, only to discover that adults Red and Kitty Forman, and Bob and Midge Pinciotti are eating the brownies. (2:40, 3:43, 7:11, 9:57.) The normally reserved adult characters let loose and go out of their minds – and Red Forman, under the influence of marijuana, sells his son Eric's car. (10:35-13:20.)

2. *Frasier* (season eleven, "High Holidays") (2004), submitted herewith as **Exhibit M** (manually filed; *see* Notice of Lodging.) Uptight Niles Crane decides to play the rebel for a change by eating a pot brownie. (8:30.) Niles' father, Martin Crane, mistaking the pot brownie for a regular brownie, eats the entire brownie and replaces it with an actual brownie so that Niles will not know Martin ate it. (9:50-11:00.) Niles eats the regular brownie and mistakenly thinks he is high, but Martin returns home, clearly under the influence of the actual pot brownie. (13:15-16:05.) Martin freaks out when he sees a video on the television of his dog appearing to speak to the sound of Frasier Crane's voice. (17:08-17:38.)

3. *My Name is Earl*[3] (season two, Disc 3, "The Birthday Party") (2007), submitted herewith as **Exhibit N** (manually filed; *see* Notice of Lodging.) Earl switches the sign for

---

[2] In addition to the works referenced herein, the Court can take judicial notice that other well-known works such as *Fantasy Island* and *The Love Boat* similarly feature an ever-changing series of guests who are on vacation.

8

"brownies," being sold for 25 cents each, with the sign for "pot brownies," being sold for $5 each, with the intention of buying the pot brownies for 25 cents each and selling them at a higher price. (4:45-5:17.) Thinking they are the regular brownies, Darnell takes the pot brownies home for he and his grandmother to eat, but his plan goes awry and he is stoned – literally – when confronted by a small mob angry that Darnell sold them "pot brownies with no pot in them." (5:30-6:04).

    4.    *Barney Miller* (season three (disc 2), "Hash") (1976), submitted herewith as **Exhibit O** (manually filed; *see* Notice of Lodging.) A detective brings in brownies baked by "Gloria," a girl he met who likes police officers. (0:50-1:30.) Several detectives eat the brownies, not knowing they are pot brownies. (1:57, 3:40, 7:40, 8:47, 9:55.) The detectives start behaving unusually – laughing uncontrollably and singing. (10:50, 11:05, 13:20, 14:16.)

    5.    *I Love You Alice B. Toklas* (1968), submitted herewith as **Exhibit P** (manually filed; *see* Notice of Lodging.) In this film, a "hippie" woman staying at an the apartment of an uptight lawyer, Harold, bakes pot brownies while the lawyer is not at home. (45:40, 46:45.) Harold returns home after the hippie has left and finds the brownies. (48:16, 49:53.) Thinking they are regular brownies, the lawyer's fiancée, Joyce, serves them to the lawyer and his parents and also eats two herself. (51:00, 52:22.) After they devour the brownies, the movie smash cuts to Harold's parents laughing hysterically, then dancing and singing as Joyce makes amorous advances at Harold right in front of his parents. (53:14, 54:18.) Next, the two couples decide to go miniature golfing. (55:05.) Later in the movie, after Harold has converted his apartment into a flop house for hippies, his mother visits him and has more pot brownies. (1:26:17.)

---

[3] *My Name Is Earl* was written and created by Defendant Garcia. *E.g.*, Ex. N (manually filed; see Notice of Lodging), Disc 3, "The Birthday Party," at 1:02.

9

## IV. THE PHRASE "IF THESE WALLS COULD TALK" IS COMMON IN ENTERTAINMENT WORKS

Numerous entertainment works feature the phrase "if these walls could talk."

1. *If These Walls Could Talk* (1996), submitted herewith as **Exhibit Q** (manually filed; *see* Notice of Lodging.) This Home Box Office made-for-cable film tells the stories of three different women who live in the same house, 22 years apart, each of whom faces a difficult decision regarding how to deal with an unplanned pregnancy: a recently widowed nurse in 1952 who dies shortly after a man performs a clandestine abortion on her (2:39); a mother of four trying to raise a family while maintaining a career in 1974 who ultimately decides to keep her child, (36:24); and a young student in 1996 who makes an appointment at an abortion clinic, and watches an anti-abortion protester murder the doctor immediately after she performs the abortion, (1:00:00.)

2. *House Beautiful If These Walls Could Talk*, edited by Elaine Green (2004), submitted herewith as **Exhibit R** (manually filed; *see* Notice of Lodging.) This book is an anthology of essays by acclaimed authors exploring the meaning, love and magic of home.

3. *If Walls Could Talk: An Intimate History of the Home*, by Lucy Worsley (2013), submitted herewith as **Exhibit S** (manually filed; *see* Notice of Lodging.) In this book, Worsley explores the respective history of each of the bedroom, bathroom, living room and kitchen, providing a compelling account of how the four rooms of the home have evolved from medieval times to today, charting revolutionary changes in society.

4. Additionally, Amazon.com sells no fewer than 25 books with the phrase "if these walls could talk" included in their title as part of a series of books featuring particular sports teams. *See* **Exhibit T**, available at https://www.amazon.com/s/ref=sr_nr_n_24?fst=as%3

Aoff&rh=n%3A283155%2Cn%3A26%2Ck%3Aif+these+walls+could+talk&keywords=if+these+walls+could+talk&ie=UTF8&qid=1512682322&rnid=1000.

5. News articles have also discussed or reviewed other works titled "If These Walls Could Talk":

    a. Jennifer Dunning, *Dance: Marleen Pennison Offers 'If Walls Could Talk'*, N.Y. Times, May 17, 1986, http://www.nytimes.com/1986/05/17/arts/dance-marleen-pennison-offers-if-walls-could-talk.html?pagewanted=print, submitted herewith as **Exhibit U**. This article discussed a theater-dance performance work titled "If Walls Could Talk," created by Marleen Pennison.

    b. Mel Gussow, *Stage: Second Round of One-Act Comedies*, N.Y. Times, January 21, 1987, http://www.nytimes.com/1987/01/21/theater/stage-second-round-of-one-act-comedies.html, submitted herewith as **Exhibit V**. This article discussed a one-act comedy titled "If Walls Could Talk," by Laurence Klavan.

    c. Stephen Holden, *Review/Cabaret; A Little Porter Amid a Little Bit Of Everything*, N.Y. Times, February 9, 1990, http://www.nytimes.com/1990/02/09/arts/review-cabaret-a-little-porter-amid-a-little-bit-of-everything.html?pagewanted=print, submitted herewith as **Exhibit W**. This article discussed a musical performance by Ann Hampton Callaway, including her performance of a song titled "If These Walls Could Talk," an original patter song celebrating the Algonquin Hotel's history.

6.	A search for the title "If These Walls Could Talk" on IMDb.com, an online database of information related to films and television programs, produced 15 results of entertainment works titled "If These Walls Could Talk." *See* **Exhibit X**, available at http://www.imdb.com/find?q=if%20these%20walls%20could%20talk&s=tt&ref_=fn_al_tt_mr.

## CONCLUSION

For all of the foregoing reasons, Defendants respectfully request that the Court grant their request for judicial notice.

Dated: February 5, 2018	Respectfully submitted,

*/s/ Brian A. Sher*
Brian A. Sher
Steven Trubac
BRYAN CAVE LLP
161 N Clark Street, Ste. 4300
Chicago, IL 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
brian.sher@bryancave.com
steve.trubac@bryancave.com

Lee Brenner (admitted *pro hac vice*)
Kenneth Kronstadt (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
10100 Santa Monica Blvd., 23rd Floor
Los Angeles, California 90067
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
kkronstadt@kelleydrye.com
lbrenner@kelleydrye.com

*Attorneys for Defendants CBS Broadcasting Inc., Turner Broadcasting System, Inc., Gregory T. Garcia, and Alix Jaffe*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 5, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

*/s/ Brian A. Sher*
Brian A. Sher

13